# United States District Court

## DISTRICT OF CONNECTICUT

THOMAS P. PIPPETT, JR.
JOSEPH T. MCDONALD
JAMES J. ROSATO, individually
and trading as
ECM ELECTRICAL CONSTRUCTION
     Plaintiffs,

                                 CASE NO. 3:001 CV 1716 (MRK)

v.

WATERFORD DEVELOPMENT, LLC
     Defendant.

## APPEARANCE

To the Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for the plaintiffs, in lieu of Attys. Brian C. Roche and Andrew J. McDonald, already on file.

October 16, 2003
*Date*

                                 *Signature*

                                 *Print Name*
                                 Jonathan L. Gould  ct05237
                                 214 Main Street
                                 *Address*

                                 Hartford         CT       06106-1817
                                 *City*             *State*       *Zip Code*

                                 (860) 278-9115   (860) 278-9124
                                 *Phone Number/Fax*

1

## CERTIFICATE OF SERVICE

This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, on October 16, 2003 to as follows:

Jonathan J. Blake
Andrew Houlding
Rome McGuigan Sabanosh
One State Street, 13th Floor
Hartford, CT 06103

Andrew J. McDonald
Brian C. Roche
Pullman & Comley
850 Main Street
PO Box 7006
Bridgeport, CT  06604

Mark S. Scheffer
Gerald J. Pomerantz
21 South 12th Street
Philadelphia, PA 19107-3603

Barbara J. Collins
Suite 402
44 Capitol Avenue
Hartford, CT  06106

_____
Jonathan L. Gould