UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION,<br><br>Plaintiffs<br>v.<br><br>WATERFORD DEVELOPMENT, LLC; LEN WOLMAN; MARK WOLMAN; ALAN ANGEL and ROBERT SAINT.<br><br>Defendants | CIVIL ACTION<br><br><br><br><br><br><br>CASE NO. NO. 3:01CV1716   (MRK)<br><br><br><br>OCTOBER 17, 2003 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 7(e), the Plaintiffs' local counsel, Andrew J. McDonald and Brian C. Roche, hereby move to have their appearances withdrawn on behalf of the Plaintiffs, Thomas P. Pippett, Jr., Joseph T. McDonald and James J. Rosato, Ind. Par. t/a ECM Electrical Construction (the "Plaintiffs"). The Plaintiffs have obtained new local counsel, Jonathon L. Gould, who entered an Appearance on their behalf in this matter on or about October 16, 2003. As required pursuant to Local Rule 7(e), a copy of this Motion is being sent certified mail to the named Plaintiffs.

**WHEREFORE**, it is respectfully requested that this Motion be granted and that the appearances of Andrew J. McDonald and Brian C. Roche be withdrawn from this case.

> PLAINTIFFS
> THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION,
>
> By: /s/ Brian C. Roche
> Brian C. Roche, Esq. (ct17975)
> Andrew J. McDonald, Esq. (ct09830)
> Pullman & Comley, LLC
> 850 Main Street, P.O. Box 7006
> Bridgeport, CT  06601-7006
> Telephone:    (203) 330-2000
> Facsimile:    (203) 576-8888
> E-Mail:    broche@pullcom.com
>           amcdonald@pullcom.com

## CERTIFICATION

This is to certify that a copy hereof was mailed on the date hereon to each attorney of record and to all pro se parties of record as follows:

**VIA CERTIFIED MAIL:**

Thomas P. Pippett, Jr.
10 Roosevelt Boulevard
Ocean City, NJ 08226

Joseph T. McDonald
11851 Basile Road
Philadelphia, PA 19154

James T. Rosato, Ind. Par. t/a ECM Electrical Construction
1411 Sawmill Road
Downington, PA 19335

**VIA REGULAR MAIL:**

Andrew Houlding, Esq.
Jonathan J. Blake, Esq.
Rome, McGuigan Sabanosh
One State Street
Hartford, CT 06103-3101

Barbara J. Collins
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

Brian C. Roche

BPRT/67563.1/BCR/495075v1