**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THOMAS P. PIPPETT, JR.; JOSEPH T.          :
McDONALD; and JAMES T. ROSATO,             :          NO.  3:01CV1716(MRK)
IND. Par. t/a ECM ELECTRICAL               :
CONSTRUCTION,                              :
                                           :
                    Plaintiffs             :
                                           :
v.                                         :
                                           :
WATERFORD DEVELOPMENT, LLC;                :
LEN WOLMAN; MARK WOLMAN;                   :
ALAN ANGEL and ROBERT SAINT                :
                                           :
                    Defendants             :

**ORDER**

THE Motion To Withdraw Appearances (Doc. #60) filed by Andrew J. McDonald and Brian C. Roche on October 20, 2003 is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                                U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003