10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday October 22, 2003

12:00 p.m.

CASE NO.  3-01-cv-1716 Pippett v Waterford Dev, LLC
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Jonathan J. Blake | Rome McGuigan Sabanosh, One State St. 13th Floor, Hartford, CT 860-549-1000 |
| Barbara J. Collins | 44 Capitol Ave. Suite 402, Hartford, CT 860-297-6502 |
| Andrew Houlding | Rome McGuigan Sabanosh, One State St. 13th Floor, Hartford, CT 860-549-1000 |
| Andrew J. McDonald | Pullman & Comley, 300 Atlantic Street, Stamford, CT 203-324-5000 |
| Gerald J. Pomerantz | Pomerantz & Scheffer, 21 S. 12th St., Philadelphia, PA 215-569-8866 |
| Brian C. Roche | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Mark S. Scheffer | Pomerantz & Scheffer, 21 S. 12th St., Philadelphia, PA 215-569-8866 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**

DATE: 10/22/03

20 min.