UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION, <br>　　　　Plaintiffs <br><br>v. <br><br>WATERFORD DEVELOPMENT, LLC; LEN WOLMAN; MARK WOLMAN; ALAN ANGEL and ROBERT SAINT <br>　　　　Defendants | NO. 3:01CV1716(MRK) |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.) Doc#

__✖__  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

SO ORDERED this __11th__ day of __March__, __2004__ at New Haven, Connecticut.

　　　　　　　　/s/　　　　__Mark R. Kravitz__
　　　　　　　　UNITED STATES DISTRICT COURT JUDGE