UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday, March 10, 2004

4:00 p.m.

CASE NO. **3:01cv1716**   **Pippett, et al. V. Waterford Dev., LLC, et al.**

Brian C. Roche
Pullman & Comley
850 Main St.
P.O. Box 7006
Bridgeport, CT 06601-7006
203-330-2000

**STATUS CONFERENCE HELD**

DATE: _3/10/04_

*15 Min.*

Gerald J. Pomerantz
Pomerantz & Scheffer
700 Stephen Girard Bldg.
21 S. 12th St.
Philadelphia, PA 19107-3603
215-569-8866

Jonathan L. Gould
214 Main St.
Hartford, CT 06106
860-278-9115

Mark S. Scheffer
Pomerantz & Scheffer
700 Stephen Girard Bldg.
21 S. 12th St.
Philadelphia, PA 19107-3603
215-569-8866

Andrew Houlding
Rome McGuigan Sabanosh
One State St., 13th Floor
Hartford, CT 06103-3101
860-549-1000

Jonathan J. Blake
Rome McGuigan Sabanosh
One State St., 13th Floor
Hartford, CT 06103-3101
860-549-1000

Barbara J. Collins
44 Capitol Ave., Suite 402
Hartford, CT 06106
860-297-6502

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK