IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., | : | CIVIL ACTION |
| JOSEPH T. MCDONALD, and | : | Case No.  01-CV-1617(MRK) |
| JAMES J. ROSATO, IND. par. | : | |
| t/a ECM ELECTRICAL CONSTRUCTION, | : | |
| PLAINTIFFS, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
| DEFENDANT. | : | |
| | | |
| WATERFORD DEVELOPMENT, LLC, | : | |
| THIRD-PARTY PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS PIPPETT SR., | : | |
| THIRD-PARTY DEFENDANT. | : | JULY 21, 2004 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Pursuant to the Federal Rules of Civil Procedure Rule 55, the Third-Party Plaintiff in the

above-captioned action, Waterford Development, LLC, respectfully moves the Court to enter a

default against the Third-Party Defendant, Thomas Pippett, Sr., for his failure to file a responsive

pleading to the Third-Party Complaint dated August 14, 2002.

In support of this Motion, the Third-Party Plaintiff notes that Third-Party Defendant

appeared, through attorney Barbara Collins, on September 30, 2002; Attorney Collins thereafter

has participated in a Rule 26(f) conference, a status conference, and all subsequent court

proceedings, including discovery; but that the Third-Party Defendant has never filed any motion

directed at the pleadings, nor has he answered the Third-Party Complaint.

Accordingly, the Third-Party Defendant should be defaulted.

THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC


Andrew Houlding, Esq.
Federal Bar # CT12137
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

2

**ORDER**

The foregoing Motion having been heard by the Court it is hereby Ordered:

GRANTED / DENIED.

BY THE COURT,

_____

Judge/Clerk

3

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Motion for Default to be sent by U.S. first class mail, postage prepaid, on this the 21st day of July 2004, to the following counsel of record:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Jonathan L. Gould, Esq.
314 Main Street
Hartford, CT  06106

_____
Andrew Houlding

10485-1/381454

4