IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR., ET AL.** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:01CV1716 (MRK) |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| | | |
| **DARLENE JENNINGS** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:02cv1937 (MRK) |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
TIME FOR SUBMISSION OF PARTIES' JOINT TRIAL MEMORANDUM**

AND NOW, come the Plaintiffs, by and through their attorneys, Pomerantz & Scheffer, to move this Honorable Court for a one week extension until August 3, 2004, for the submission of the parties' Joint Trial Memorandum, and, in support thereof, stating the following:

1. On April 5, 2004, this Honorable Court entered an ORDER setting a due date of July 27, 2004 for the Parties' Joint Trial Memorandum.

2. Recently, counsel for both sides have exchanged numerous additional documents and Plaintiffs seek a one week extension for the deadline for submission of the Joint Trial Memorandum.

3. Counsel for the Defendant has been contacted and has indicated no objection to Plaintiffs' request for an extension of the parties' deadline for submission of the Joint Trial Memorandum.

WHEREFORE, Plaintiffs move that this Honorable Court issue an ORDER extending the deadline for submission of the Parties' Joint Trial Memorandum until August 3, 2004.

        Respectfully submitted,

        _____
        Gerald Jay Pomerantz, Esquire
        Pomerantz & Scheffer
        Stephen Girard Building, 7th Floor
        Philadelphia, PA 19107
        (215) 569-8866
        Fax (215) 568-6511

Dated: July 23, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR., ET AL.** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:01CV1716 (MRK) |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| | | |
| **DARLENE JENNINGS** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:02cv1937 (MRK) |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |

### ORDER

AND NOW, this ___ day of _____, 200__, it is hereby ORDERED that the Scheduling Order of April 5, 2004, is hereby amended such that paragraph 3 now reads:

"3.   The Parties' Joint Trial Memorandum is due **August 3, 2004.**"

All other dates set forth in the April 5, 2004 Scheduling Order remain.

IT IS SO ORDERED:

_____
Mark R. Kravitz, U.S.D.J.