UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

THOMAS P. PIPPETT, JR.,
    Et al

CIVIL ACTION
Case no. 01-CV-1716 (MRK)

Vs.

WATERFORD DEVELOPMENT, LLC

WATERFORD DEVELOPMENT, LLC

Vs.

THOMAS PIPPETT, Sr.,
    Third Party Defendant

July 26, 2004

### MOTION TO LEAVE TO FILE THE ANSWER OF THIRD PARTY DEFENDANT THOMAS PIPPETT, SR.

Third Party Defendant Thomas Pippett, Sr. (hereinafter Pippett, Sr.) requests leave of the court to file the attached answer to the third party complaint dated August 14, 2002 for the following reasons:

1. Defendant Waterford Development LLC has not been harmed by the delay as Pippett Sr. has participated in all discovery requested and most court proceedings and has made clear his intent to dispute the allegations in the third party complaint. Pippett, Sr. will be ready to commence trial on the date established by the court.

2. Counsel for Pippett Sr. along with Pippett Sr. attended the session with the Magistrate Garfinkle on June 4 and confirmed the position of Pippett Sr. and

her efforts to lessen the attorney fees of Pippett Sr. by not filing anything while settlement was in discussion.

3. Counsel for Pippett, Sr. was out of state on vacation last week and did not return to her office until July 25, 2004.

Respectfully submitted,

Attorney Barbara J. Collins
Law Office of Barbara J. Collins
44 Capitol Avenue Suite 402
Hartford, CT 06016
barbcollins@mac.com

## CERTIFICATION

A copy of the foregoing was sent this 27th day of July by first class mail and fax to:

Attorney Andrew Houlding
Rome, McGuigan, Sabanosh, PC.
One State Street
Hartford, CT 06103

Attorney Gerald J. Pomerantz
Attorney Mark Scheffer
Pomerantz, Scheffer & Associates
7th Floor Stephen Girard Building
21 South 12th Street
Philadelphia, PA 19107-3603

Attorney Norman Perlberger
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue
Suite 201
Ardmore, PA 19003

Honorable Mark R. Kravitz
141 Church Street
New Haven, CT 06510

Barbara J. Collins