IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., ET AL. | : | |
| | : | CIVIL ACTION No. |
| V. | : | |
| | : | 3:01CV1716 (JCH) |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
| ET. AL. | : | |
| | | |
| DARLENE JENNINGS | : | CIVIL ACTION No. |
| | : | 3:02cv1937 |
| V. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
| ET AL. | : | |

## MOTION TO ADMIT PRO HAC VICE

The undersigned, a member of the Bar of this Court, requests the entry of an order under D.Conn.L.Civ.R. 83.1(d) that NORMAN PERLBERGER, ESQ. of the law firm of Perlberger Law Associates, P.C., 326 W. Lancaster Avenue, Suite 210, Ardmore, PA 19003 be admitted as a visiting attorney for the Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings, and in support thereof states the following:

      1.      The undersigned, Jonathan L. Gould, Esq., is an attorney at law in practice with the Law Offices of Jonathan L. Gould located in Hartford, Connecticut, and a member in good standing of the Bar of the following courts; State of Connecticut, United States District Court for the District of Connecticut, United States Court of Appeals for the Second Circuit, and the United States Supreme Court, and not under suspension or disbarment by any Court.

2. To my knowledge, information and belief and based upon the attached Affidavit Mr. Perlberger is currently a member in good standing of the following courts: the Supreme Court of the Commonwealth of Pennsylvania, the State of Florida, the State of New Jersey, the District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

3. To my knowledge, information and belief and based upon the attached Affidavit, Mr. Perlberger has not been denied admission or disciplined by this Court or any other court.

4. The undersigned knows of no facts which would call into question the integrity or character of Mr Perlberger.

5. Granting of this Motion will not require modification of the deadlines established in this Court's scheduling order entered pursuant to Rule 16(b), Fed.R.Civ.P.

WHEREFORE, it is requested that this Court enter an Order granting Norman Perlberger, Esq. Admission pro hac vice to appear as a visiting attorney before this Court in this matter on behalf of Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato. Ind. & t/a ECM Electrical Construction; and Darlene Jennings.

Date_____                    Respectfully submitted,

                                    LAW OFFICES OF JONATHAN L. GOULD

                                    _____
                                    Jonathan L. Gould, Esq. (CT 05237)
                                    214 Main Street
                                    Hartford, CT 06106
                                    (860)278-9115

                        (Attorney for Plaintiffs, Thomas P. Pippett, Jr.;

          Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR., ET AL. : | |
| : | CIVIL ACTION No. |
| V. : | |
| : | 3:01CV1716 (JCH) |
| : | |
| WATERFORD DEVELOPMENT, LLC, : | |
| ET. AL. : | |
| | |
| DARLENE JENNINGS : | CIVIL ACTION No. |
| : | 3:02cv1937 |
| V. : | |
| : | |
| WATERFORD DEVELOPMENT, LLC, : | |
| ET AL. : | |

### AFFIDAVIT OF NORMAN PERLBERGER, ESO.
### IN SUPPORT OF PRO HAC VICE MOTION

    I, Norman Perlberger, Esquire, state the following in support of my Pro Hac Vice admission:

    l.    I am an attorney at law, and a member in good standing of the following courts: the Supreme Court of the Commonwealth of Pennsylvania, the State of Florida, the State of New Jersey, the District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

    2.    I am an attorney in practice with the law firm of Perlberger Law Associates, P.C. located in Ardmore, Pennsylvania.

    3.    I have not been denied admission or disciplined by this Court or any other court.

      4.      I make this Affidavit in support of the Motion by Jonathan L. Gould, Esquire, for my admission to the Bar of this Court Pro Hac Vice under Local Rule 83.1(d)(l) of the Rules of this Court.

      5.      I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____

                                                          _____
                                                          NORMAN PERLBERGER, ESQUIRE

                                                (Attorney for Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings)

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing motion and affidavit was mailed, first-class, postage prepaid, on July 23, 2004 to counsel of record as follows:

Atty. Andrew Houlding
Rome, McGuigan, Sabanosh, PC
One State Street
Hartford, CT 06103

Barbara J. Collins
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald J. Pomerantz
Mark Scheffer
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Buidling
21 South 12th Street
Philadelphia, PA 19107-3603

Brian Roche
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003


                                                                                          _____
                                                                                          Jonathan L. Gould