UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION, :<br><br>Plaintiffs :<br><br>v. :<br><br>WATERFORD DEVELOPMENT, LLC; LEN WOLMAN; MARK WOLMAN; ALAN ANGEL and ROBERT SAINT :<br><br>Defendants : | NO. 3:01CV1716(MRK) |

## **ORDER**

The Motion To Leave to File The Answer Of Third Party Defendant Thomas Pippett, Sr. [doc. # 74], is GRANTED. The Clerk is directed to docket the Answer Of Third Party Defendant Thomas Pippett, Sr., dated July 26, 2004.

The Motion For Default For Failure To Plead [doc. # 71], dated July 21, 2004, is DENIED as moot, since the Answer of Third-Party Defendant Thomas Pippett, Sr. has been filed.

Plaintiff's Unopposed Motion For Extension Of Time For Submission Of Parties' Joint Trial Memorandum [doc. # 73] is GRANTED. The parties shall file their Joint Trial Memorandum no later than **August 3, 2004**.

IT IS SO ORDERED.


/s/    Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut: August 2, 2004.