IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR., : | CIVIL ACTION NO. |
| JOSEPH T. MCDONALD, and : | 3:01cv1716(MRK) |
| JAMES J. ROSATO, IND. par. : | |
| t/a ECM ELECTRICAL : | |
| CONSTRUCTION, : | |
|   Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| WATERFORD DEVELOPMENT, LLC, : | |
|   Defendant. : | |
| | |
| WATERFORD DEVELOPMENT, LLC, : | |
|   Third-Party Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| THOMAS PIPPETT, SR., : | |
|   Third-Party Defendant. : | AUGUST 3, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND OTHER OBJECTIONS TO PLAINTIFFS' PROPOSED EVIDENCE AND TO FILE OBJECTIONS TO PLAINTIFFS' PROPOSED JURY INSTRUCTIONS AND JURY VERDICT FORM

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby requests an extension of time of one week, up to and including August 10, 2004, to submit Motions in Limine and memoranda of law in support thereof concerning evidentiary problems arising from and out of the Plaintiffs' draft version of

the parties' Joint Trial Memorandum. In addition, Defendant requests a 24-hour extension of time to file its Proposed Verdict Form; and to object to Plaintiffs' Proposed Jury Instructions, Jury Voir Dire, and Proposed Verdict Form.

In support thereof, the undersigned represents that Plaintiffs' through their counsel (located in Philadelphia), transmitted their version of the Joint Trial Memorandum at 2:13 p.m., on Tuesday, August 3, 2004, where the Memorandum is due that same day (following the Court's extension of the deadline from July 27 until August 3). *See* E-mail from attorney Michael Jones enclosing attachments sent Tuesday, August 3, 2:14 p.m.

Previously, Plaintiffs had transmitted only their proposed Witness List and Exhibit Lists (originally containing 149 items including hundreds of pages of documents and later reduced to slightly more than 100 items), to which Defendant had interposed objections. Defendant transmitted its proposed draft Joint Trial Memorandum to Plaintiffs on Friday, July 30, 2004, and received no substantive response until the afternoon of August 3.

The Instructions for preparation of the Joint Trial Memo provide that "Objections not stated in the Joint Trial Memo will be deemed waived, except for good cause shown." *Instructions, page 3.* Defendant submits that it cannot reasonably prepare objections to Plaintiff's submissions in the very limited time permitted by the belated transmission of Plaintiffs' version of the Joint Trial Memo. (Indeed, there is barely time to read the entire

2

document.)

Furthermore, the Instructions provide that "Counsel shall meet and confer for the purpose of filing a proposed verdict form and/or special interrogatories . . . ." Plaintiffs' counsel did not confer at all concerning a verdict form but simply transmitted one (again, at 2:13 p.m. August 3), making it impossible to offer considered objections and to work toward a joint submission.

Wherefore, the Defendant Waterford respectfully requests additional time to prepare objections to Plaintiffs' proposed Jury Instructions and Jury Verdict Form, and to prepare Motions in Limine, as set forth herein.

                                              THE DEFENDANT AND
                                              THIRD-PARTY PLAINTIFF,
                                              WATERFORD DEVELOPMENT, LLC

                                              Andrew Houlding, Esq.
                                              Federal Bar # (ct12137)
                                              Rome, McGuigan P.C.
                                              One State Street
                                              Hartford, CT  06103
                                              Phone: (860) 493-3468
                                              Fax: (860) 724-3921
                                              ahoulding@rms-law.com
                                              Their Attorneys

**CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing Motion for Extension of Time, to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 3rd day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

_____
Andrew Houlding

10485-1/382318

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**Andrew Houlding**

| | |
|---|---|
| From: | michael jones [michaelwjonesesq@msn.com] |
| Sent: | Tuesday, August 03, 2004 2:13 PM |
| To: | Andrew Houlding |
| Cc: | barbcollins@mac.com; perlberglaw@aol.com; gjpomlaw@hotmail.com |
| Subject: | RE: WordPerfect waiver/Deadline for filing |

 

Pippett.JuryInstruc  ointTrialMemoAug0
t01.wpd (66...   3.doc (1 MB)...

```
                            You wrote:

>Having learned that we don't have the capability of saving documents in
>WordPerfect 10.0, I contacted Judge Kravitz's chambers and obtained a
>waiver in favor of MicroSoft Word.

I have returned the plaintiffs' revision of the Joint Trial Memo in MS Word
format.  This is confirm receipt of defendant's proposed jury instructions
sent to us at 12:52 p.m. this same date.  Plaintiffs' Proposed Jury
Instructions is also attached as a separate file (as per the Court's
instructions).

Kindly provide attachments as set forth in the Court's instructions,
including copies on diskette.  Your professional courtesy is finalizing and
filing the Joint Trial Memo is appreciated.  Signature page signed by
plaintiffs' counsel is being faxed separately to you.

Very truly yours,

Michael W. Jones, Esquire

>However, I have no waiver of the deadline for filing our Joint Trial
>Memo. It has apparently been assumed that my office will file this
>document (reminiscent of your clients' assumptions about terms of
>employment with Waterford); and I have not received any proposed
>revisions of my Draft that was transmitted via email on Friday, July
>30. I reminded Michael Jones this morning that New Haven is 45 minutes
>from my office; I am not willing to race against the clock to
>accommodate you.  To date, I have only received your frequently-revised
>lists of proposed trial exhibits, your witness list, and your objection
>to Defendant's exhibits. It is now 12:45 p.m. August 3.
>
>
>Andrew Houlding (ahoulding@rms-law.com)
>Rome McGuigan, P.C.
>One State Street, 13th Floor
>Hartford, CT 06103
>
>Direct Line (860) 493-3468; Wireless (203) 668-6415; Facsimile (860)
>724-3921.
>
>PRIVILEGE AND CONFIDENTIALITY NOTICE
>
>The information in this electronic mail is intended for the addressed
>recipient(s) only. This email may contain privileged and confidential
>material from the law firm of Rome McGuigan, P.C. If you are not the
>intended recipient, please be advised that any disclosure, copying,
>distribution or use of the contents of this information is prohibited.
>If you have received this email in error, please notify the sender
>immediately by replying to this email or by telephone. Thank you.
>
```

1