## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR.,** | : | **CIVIL ACTION NO.** |
| **JOSEPH T. MCDONALD, and** | : | **3:01cv1716(MRK)** |
| **JAMES J. ROSATO, IND. par.** | : | |
| **t/a ECM ELECTRICAL** | : | |
| **CONSTRUCTION,** | : | |
|     **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|     **Defendant.** | : | |
| | | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|     **Third-Party Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THOMAS PIPPETT, SR.,** | : | |
|     **Third-Party Defendant.** | : | **AUGUST 3, 2004** |

### CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Joint Trial Management

Report, to be sent by U.S. first class mail, postage prepaid on this 3rd day of August, 2004 to the

counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Andrew Houlding

10485-1/382336