## DEFENDANT'S PRELIMINARY OBJECTIONS TO PLAINTIFFS' PROPOSED
## VERDICT FORM

**General Objection:**

1.      Defendant objects to Plaintiffs Proposed Verdict Form, as submitted in connection with the Joint Trial Memo, on grounds that instead of conferring with counsel for Defendant in an effort to prepare a joint submission for judicial review, Plaintiffs' counsel delivered their version via email at 2:13 p.m. August 3, 2004, only three hours before the last moment for filing same and certainly without adequate time for a conference as directed by the Court's instructions.

2.      Defendant objects to all variances from its own proposed Verdict Form.

3.      Defendant objects to all interrogatories as to whether a plaintiff was terminated for "just cause." Plaintiffs' complaint does not allege that they were promised that they would not be terminated without "just cause," so that they are not entitled to a verdict form that interposes such an issue. The issue arises from a theory derived from (but not alleged in) the Complaint to the effect that they would be employed for a definite period of time of at least three years, subject to termination for cause. As formulated by the Connecticut courts, if an employer must have cause for termination, this simply means that the employer is forbidden to act arbitrarily or capriciously. <u>Sheets v. Teddy's Frosted Foods, Inc.</u>, 179 Conn. 471, 475, 427 A.2d 385 (1980). That is, an employer who wishes to terminate an employee for cause must do nothing more than give a proper reason for

dismissal." Id. An employer rightfully has managerial discretion in making such decisions

and the right to make independent, good faith judgments. Thus the proper question is

whether Waterford gave a proper reason for termination.

4.     Defendant objects to all interrogatories regarding Darlene Jennings as her

case is not triable to the jury.

5.     Without waiving the foregoing objections, Defendant's specific objections are

inserted under the text of proposed interrogatories to which it objects.

6.     Defendant reserves the right to provide more considered objections after

further consideration of the proposed interrogatories.

## IX(3) PROPOSED VERDICT FORM

### Plaintiffs' Proposed Verdict Form

### Thomas P. Pippett, Jr.

1. Has the plaintiff proven, by a preponderance of the evidence, that Pippett, Sr. had actual or apparent authority to make representations to plaintiffs on behalf of the defendant regarding employment on the Adriaen's Landing project?

_____ Yes          _____ No

**OBJECTION: This proposed interrogatory is far too vague and is calculated to suggest an artificially low standard for finding liability against the Defendant. While Pippett Sr.'s agency is a significant issue in the case, the question is not whether he had some authority to "make representations to plaintiffs," but the scope of that authority based on his role, his position, the legal documents under which Waterford was operating, and the specific authority vested in him by Waterford.**

2

**Count One**

2. Has the plaintiff proven, by a preponderance of the evidence, that defendant agreed either by words or actions or conduct, either directly or through a representative with actual or apparent authority, to undertake some form of actual contract commitment to plaintiff, under which Pippett, Jr. could not be terminated without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

**Objection: Plaintiffs' complaint does not allege that they were promised that they would not be terminated without "just cause," so that they are not entitled to a verdict form that interposes such an issue. The issue arises from a theory derived from (but not alleged in) the Complaint to the effect that they would be employed for a definite period of time of at least three years, subject to termination for cause. As formulated by the Connecticut courts, if an employer must have cause for termination, this simply means that the employer is forbidden to act arbitrarily or capriciously. <u>Sheets v. Teddy's Frosted Foods, Inc.</u>, 179 Conn. 471, 475, 427 A.2d 385 (1980). That is, an employer who wishes to terminate an employee for cause must do nothing more than give a proper reason for dismissal." <u>Id</u>. An employer rightfully has managerial discretion in making such decisions and the right to make independent, good faith judgments. Thus the proper question is whether Waterford gave a proper reason for termination.**

3. Did defendant terminate Pippett, Jr. without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

**Objection: See Obection to #2.**

3

4. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes            _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

5. What amount of damages, if any, has plaintiff proven were a result of the breach of the employment agreement?

$_____

6. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes            _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

7. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

Count Two

8. Has the plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or

4

apparent authority, which defendant could have reasonably expected to induce reliance on the part of the plaintiff?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

9. Has the plaintiff proven, by a preponderance of the evidence, that he did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

10. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

11. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

5

12.  Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

13.  What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Four**

14.  Has the plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representation that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, that which defendant failed to exercise reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation, and that plaintiff justifiably relied on the defendant's misrepresentation(s)?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

15.  Has the plaintiff proven, by a fair preponderance of the evidence, that he suffered a loss as a result of Waterford's terminating his employment?

_____ Yes          _____ No

6

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

16.  What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

17.  Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes              _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

18.  What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**If you have answered "Yes" to question no. 15, please continue to the next question.**

## Punitive Damages

19.  Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes              _____ No

## Count Five

7

20.  Has the plaintiff proven, by a preponderance of the evidence, that defendant breached an implied covenant of good faith and fair dealing, in failing o fulfill the reasonable and justified expectations of the plaintiff in connection with the employment contract?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

21.  Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

22.  What amount of damages, if any, has plaintiff proven were a result of the breach of the implied covenant of good faith and fair dealing?

$_____

23.  Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Pippett, Jr.'s Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

8

24. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**If you have answered "Yes" to question no. 21, please continue to the next question.**

**Punitive Damages**

25. Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes          _____ No

### James Rosato

26. Has the plaintiff proven, by a preponderance of the evidence, that Pippett, Sr. had actual or apparent authority to make representations to plaintiffs on behalf of the defendant regarding employment on the Adriaen's Landing project?

_____ Yes          _____ No

**Count One**

27. Has the plaintiff proven, by a preponderance of the evidence, that defendant agreed either by words or actions or conduct, either directly or through a representative with actual or apparent authority, to undertake some form of actual contract commitment to plaintiff, under which Rosato could not be terminated without just cause?

_____ Yes          _____ No

9

**If the answer to this question is "No," your deliberation with respect to Rosato's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

28.  Did defendant terminate Rosato without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

29.  Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

30.  What amount of damages, if any, has plaintiff proven were a result of the breach of the employment agreement?

$_____

31.  Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

10

32. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Two**

33. Has the plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, which defendant could have reasonably expected to induce reliance on the part of the plaintiff?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

34. Has the plaintiff proven, by a preponderance of the evidence, that he did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

35. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

11

36. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

37. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

38. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Four**

39. Has the plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representation that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, that which defendant failed to exercise reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation, and that plaintiff justifiably relied on the defendant's misrepresentation(s)?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

12

40. Has the plaintiff proven, by a fair preponderance of the evidence, that he suffered a loss as a result of Waterford's terminating his employment?

_____ Yes                    _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

41. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$ _____

42. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes                    _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

43. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$ _____

**If you have answered "Yes" to question no. 40, please continue to the next question.**

**Punitive Damages**

13

44. Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes           _____ No

**Count Five**

45. Has the plaintiff proven, by a preponderance of the evidence, that defendant breached an implied covenant of good faith and fair dealing, in failing o fulfill the reasonable and justified expectations of the plaintiff in connection with the employment contract?

_____ Yes           _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

46. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes           _____ No

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

47. What amount of damages, if any, has plaintiff proven were a result of the breach of the implied covenant of good faith and fair dealing?

$_____

48. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes           _____ No

14

**If the answer to this question is "No," your deliberation with respect to Rosato's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

49. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**If you have answered "Yes" to question no. 46, please continue to the next question. Punitive Damages**

50. Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes                _____ No

### Joseph McDonald

51. Has the plaintiff proven, by a preponderance of the evidence, that Pippett, Sr. had actual or apparent authority to make representations to plaintiffs on behalf of the defendant regarding employment on the Adriaen's Landing project?

_____ Yes                _____ No

**Count One**

52. Has the plaintiff proven, by a preponderance of the evidence, that defendant agreed either by words or actions or conduct, either directly or through a representative with actual or apparent authority, to undertake some form of actual contract commitment to plaintiff, under which McDonald could not be terminated without just cause?

_____ Yes                _____ No

15

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

53.  Did defendant terminate McDonald without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

54.  Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

55.  What amount of damages, if any, has plaintiff proven were a result of the breach of the employment agreement?

$_____

56.  Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

16

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

57. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Two**

58. Has the plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, which defendant could have reasonably expected to induce reliance on the part of the plaintiff?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

59. Has the plaintiff proven, by a preponderance of the evidence, that he did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

17

60. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

61. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

62. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

63. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Four**

64. Has the plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representation that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, that which defendant failed to exercise

18

reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation, and that plaintiff justifiably relied on the defendant's misrepresentation(s)?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

65. Has the plaintiff proven, by a fair preponderance of the evidence, that he suffered a loss as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

66. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

67. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

19

68.  What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**If you have answered "Yes" to question no. 65, please continue to the next question.**

**Punitive Damages**

69.  Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes          _____ No

**Count Five**

70.  Has the plaintiff proven, by a preponderance of the evidence, that defendant breached an implied covenant of good faith and fair dealing, in failing o fulfill the reasonable and justified expectations of the plaintiff in connection with the employment contract?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

71.  Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

20

72. What amount of damages, if any, has plaintiff proven were a result of the breach of the implied covenant of good faith and fair dealing?

$_____

73. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes                    _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

74. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**If you have answered "Yes" to question no. 71, please continue to the next question.**

**Punitive Damages**

75. Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes                    _____ No

**Darlene Jennings**

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

76. Has the plaintiff proven, by a preponderance of the evidence, that Pippett, Sr. had actual or apparent authority to make representations to plaintiffs on behalf of the defendant regarding employment on the Adriaen's Landing project?

_____ Yes          _____ No

**Count One**

77. Has the plaintiff proven, by a preponderance of the evidence, that defendant agreed either by words or actions or conduct, either directly or through a representative with actual or apparent authority, to undertake some form of actual contract commitment to plaintiff, under which Jennings could not be terminated without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

78. Did defendant terminate Jennings without just cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count One is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

79. Has the plaintiff proven, by a fair preponderance of the evidence, that she was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count One is complete, and you should proceed to question no.**

22

____. **If the answer to this question is "Yes," please continue to the next question.**

80. What amount of damages, if any, has plaintiff proven were a result of the breach of the employment agreement?

$_____

81. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate her damages reasonably, as these terms have been defined?

_____ Yes                    _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count One is complete, and you should proceed to question no. ____. If the answer to this question is "Yes," please continue to the next question.**

82. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate her damages?

$_____

**Count Two**

83. Has the plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, which defendant could have reasonably expected to induce reliance on the part of the plaintiff?

_____ Yes                    _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Two is complete, and you should proceed to question no.**

23

___. If the answer to this question is "Yes," please continue to the next question.

84. Has the plaintiff proven, by a preponderance of the evidence, that she did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

85. Has the plaintiff proven, by a fair preponderance of the evidence, that she was harmed as a result of Waterford's terminating her employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Two is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

86. What amount of damages, if any, has plaintiff proven were a result of her detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

87. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate her damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Two is complete, and you should proceed to question no.**

24

___. **If the answer to this question is "Yes," please continue to the next question.**

88.  What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate her damages?

$_____

## Count Four

89.  Has the plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representation that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, that which defendant failed to exercise reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation, and that plaintiff justifiably relied on the defendant's misrepresentation(s)?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

90.  Has the plaintiff proven, by a fair preponderance of the evidence, that she suffered a loss as a result of Waterford's terminating her employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

25

91. What amount of damages, if any, has plaintiff proven were a result of her detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

92. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate her damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Four is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

93. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate her damages?

$_____

**If you have answered "Yes" to question no. 90, please continue to the next question.**

**Punitive Damages**

94. Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes          _____ No

**Count Five**

95. Has the plaintiff proven, by a preponderance of the evidence, that defendant breached an implied covenant of good faith and fair dealing, in failing o fulfill the reasonable and justified expectations of the plaintiff in connection with the employment contract?

_____ Yes          _____ No

26

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

96. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes               _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

97. What amount of damages, if any, has plaintiff proven were a result of the breach of the implied covenant of good faith and fair dealing?

$_____

98. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes               _____ No

**If the answer to this question is "No," your deliberation with respect to Jennings's Count Five is complete, and you should proceed to question no. ___. If the answer to this question is "Yes," please continue to the next question.**

99. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

27

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**If you have answered "Yes" to question no. 96, please continue to the next question.**

**Punitive Damages**

100.  Has the plaintiff proven, by a fair preponderance of the evidence, that the defendant's actions were willful, wanton or reckless, and that defendant's actions were violative of an important public policy as explained to you?

_____ Yes             _____ No

10485-1/382428

28

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut  06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726