**B. James Rosato, Ind. & t/a ECM Electrical Construction ("ECM")**

**Count One**

    1. Has the plaintiff proven, by a preponderance of the evidence, that defendant agreed either by words or actions or conduct, either directly or through a representative with actual or apparent authority, to undertake some form of actual contract commitment to plaintiff, under which the services of Rosato's company, ECM, could not be terminated without cause?

          _____ Yes         _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count One is complete, and you should proceed to question no. 8. If the answer to this question is "Yes," please continue to the next question.**

    2. Did defendant provide a reason for terminating ECM?

          _____ Yes         _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count One is complete, and you should proceed to question no. 8. If the answer to this question is "Yes," please continue to the next question.**

    3. Has the plaintiff proven, by a fair preponderance of the evidence, that ECM was harmed as a result of Waterford's termination of its services?

          _____ Yes         _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count One is complete, and you should proceed to question no. 8. If the answer to this question is "Yes," please continue to the next question.**

4.  What amount of damages, if any, has ECM proven were a result of the breach of the agreement?

$_____

5.  Has Waterford proven, by a fair preponderance of the evidence, that ECM has failed to mitigate its damages reasonably, as these terms have been defined?

_____ Yes         _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count One is complete, and you should proceed to question no. 8.  If the answer to this question is "Yes," please continue to the next question.**

6.  What amount of money should be subtracted from that award as a result of ECM's failure to mitigate its damages?

$_____

**Count Two**

7.  Has plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, which defendant could have reasonably expected to induce reliance on the part of ECM?

_____ Yes         _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Two is complete, and you should proceed to question no. 14.  If the answer to this question is "Yes," please continue to the next question.**

2

8. Has ECM proven, by a preponderance of the evidence that it did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes            _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Two is complete, and you should proceed to question no. 14. If the answer to this question is "Yes," please continue to the next question.**

9. Has ECM proven, by a fair preponderance of the evidence, that it was harmed as a result of Waterford's termination of its services?

_____ Yes            _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Two is complete, and you should proceed to question no. 14. If the answer to this question is "Yes," please continue to the next question.**

10. What amount of damages, if any, has ECM proven were a result of its detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

11. Has Waterford proven, by a fair preponderance of the evidence, that ECM has failed to mitigate its damages reasonably, as these terms have been defined?

_____ Yes            _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Two is complete, and you should proceed to question no. 14. If the answer to this question is "Yes," please continue to the next question.**

3

12. What amount of money should be subtracted from that award as a result of ECM's failure to mitigate its damages?

$\underline{\hspace{3cm}}$

**Count Four**

13. Has plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representation that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, that defendant failed to exercise reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation, and that ECM justifiably relied on the defendant's misrepresentation(s)?

$\underline{\hspace{2cm}}$ Yes        $\underline{\hspace{2cm}}$ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Four is complete, and you should proceed to question no. 19. If the answer to this question is "Yes," please continue to the next question.**

14. Has plaintiff proven, by a fair preponderance of the evidence, that it suffered a loss as a result of Waterford's termination of its services?

$\underline{\hspace{2cm}}$ Yes        $\underline{\hspace{2cm}}$ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Four is complete, and you should proceed to question no. 19. If the answer to this question is "Yes," please continue to the next question.**

15. What amount of damages, if any, has ECM proven were a result of its detrimental reliance on defendant's promise of employment for the duration of the project?

$\underline{\hspace{3cm}}$

4

16.  Has Waterford proven, by a fair preponderance of the evidence, that ECM has failed to mitigate its damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to
ECM's Count Four is complete, and you should proceed to question no. 19.
If the answer to this question is "Yes," please continue to the next question.**

17.  What amount of money should be subtracted from that award as a result of ECM's failure to mitigate its damages?

$_____

**Count Five**

18.  Has plaintiff proven, by a preponderance of the evidence, that defendant breached an implied covenant of good faith and fair dealing, in failing to fulfill the reasonable and justified expectations of ECM in connection with the employment contract?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to
ECM's Count Five is complete.  If the answer to this question is "Yes," please
continue to the next question.**

19.  Has ECM proven, by a fair preponderance of the evidence, that it was harmed as a result of Waterford's termination of its services?

_____ Yes          _____ No

***Rome McGuigan Sabanosh, P.C.*** • *Attorneys at Law*
One State Street • Hartford, Connecticut  06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**If the answer to this question is "No," your deliberation with respect to ECM's Count Five is complete. If the answer to this question is "Yes," please continue to the next question.**

20. What amount of damages, if any, has ECM proven were a result of the breach of the implied covenant of good faith and fair dealing?

$ _____

21. Has Waterford proven, by a fair preponderance of the evidence, that ECM has failed to mitigate its damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to ECM's Count Five is complete. If the answer to this question is "Yes," please continue to the next question.**

22. What amount of money should be subtracted from that award as a result of ECM's failure to mitigate its damages?

$ _____

10485-1/382354

6