### C. Joseph McDonald

**Count One**

1. Has the plaintiff proven, by a preponderance of the evidence, that he and the defendant, either by words or actions or conduct, and either directly or through a representative with actual or apparent authority, entered into a binding employment contract of definite terms and requirements under which the defendant could not terminate Pippett, Jr. for the duration of the Adriaen's Landing project without cause?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. 7. If the answer to this question is "Yes," please continue to the next question.**

2. Did defendant provide a reason for terminating Joseph McDonald?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. 7. If the answer to this question is "Yes," please continue to the next question.**

3. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. 7. If the answer to this question is "Yes," please continue to the next question.**

    4. What amount of damages, if any, has plaintiff proven were a result of the breach of the employment agreement?

$$\text{\$_____}$$

    5. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

    _____ Yes      _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count One is complete, and you should proceed to question no. 7. If the answer to this question is "Yes," please continue to the next question.**

    6. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$$\text{\$_____}$$

**Count Two**

    7. Has the plaintiff proven, by a preponderance of the evidence, that defendant made a clear and definite promise of employment for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority, which defendant could have reasonably expected to induce reliance on the part of the plaintiff?

    _____ Yes      _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. 13. If the answer to this question is "Yes," please continue to the next question.**

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

8. Has the plaintiff proven, by a preponderance of the evidence that he did, in fact, detrimentally rely on such promise by the defendant?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. 13. If the answer to this question is "Yes," please continue to the next question.**

9. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's termination of his employment?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. 13. If the answer to this question is "Yes," please continue to the next question.**

10. What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

$_____

11. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Two is complete, and you should proceed to question no. 13. If the answer to this question is "Yes," please continue to the next question.**

3

12. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$_____

**Count Four**

13. Has the plaintiff proven, by a preponderance of the evidence, that defendant made one or more false representations that plaintiff was to be employed for the duration of the Adriaen's Landing project, either by words or actions or conduct, either directly or through a representative with actual or apparent authority?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. 20. If the answer to this question is "Yes," please continue to the next question.**

14. Has the plaintiff proven, by a preponderance of the evidence, that defendant failed to exercise reasonable care or competence in ensuring that its representative with actual or apparent authority was not making a false representation?

_____ Yes          _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. 20. If the answer to this question is "Yes," please continue to the next question.**

4

     15.    Has the plaintiff proven, by a preponderance of the evidence, that he justifiably relied on the defendant's misrepresentation(s)?

     _____ Yes     _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. 20. If the answer to this question is "Yes," please continue to the next question.**

     16.    Has the plaintiff proven, by a fair preponderance of the evidence, that he suffered a loss as a result of Waterford's terminating his employment?

     _____ Yes     _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. 20. If the answer to this question is "Yes," please continue to the next question.**

     17.    What amount of damages, if any, has plaintiff proven were a result of his detrimental reliance on defendant's promise of employment for the duration of the project?

     $_____

     18.    Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

     _____ Yes     _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Four is complete, and you should proceed to question no. 20. If the answer to this question is "Yes," please continue to the next question.**

5

19. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$ _____

**Count Five**

20. Has the plaintiff proven, by a preponderance of the evidence, that defendant demonstrated by definite and unequivocal language, either directly or through a representative with actual or apparent authority, an intention to be bound by an employment contract with plaintiff?

_____ Yes        _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete. If the answer to this question is "Yes," please continue to the next question.**

21. Has the plaintiff proven, by clear and convincing evidence, that defendant breached an implied covenant of good faith and fair dealing by engaging in fraudulent and/or deceitful conduct in failing to fulfill its contractual obligations towards plaintiff?

_____ Yes        _____ No

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete. If the answer to this question is "Yes," please continue to the next question.**

22. Has the plaintiff proven, by a fair preponderance of the evidence, that he was harmed as a result of Waterford's terminating his employment?

_____ Yes        _____ No

6

**If the answer to this question is "No," your deliberation with respect to McDonald's Count Five is complete. If the answer to this question is "Yes," please continue to the next question.**

    23. What amount of damages, if any, has plaintiff proven were a result of the breach of the implied covenant of good faith and fair dealing?

$\$_____$

    24. Has Waterford proven, by a fair preponderance of the evidence, that the plaintiff has failed to mitigate his damages reasonably, as these terms have been defined?

_____ Yes      _____ No

    25. What amount of money should be subtracted from that award as a result of plaintiff's failure to mitigate his damages?

$\$_____$

10485-1/382355

7