UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
AUG 2  3 ॥ '04

THOMAS P. PIPPETT, JR.,　　　　　　　　　　CIVIL ACTION
  Et al　　　　　　　　　　　　　　　　　Case no. 01-CV-1716 (MRK)

Vs.

WATERFORD DEVELOPMENT, LLC

WATERFORD DEVELOPMENT, LLC

Vs.

THOMAS PIPPETT, Sr.,
  Third Party Defendant　　　　　　　　　July 26, 2004

### ANSWER OF THIRD PARTY DEFENDANT
### THOMAS PIPPETT, SR.

  Third Party Defendant, Thomas Pippett, Sr. (hereinafter Pippett, Sr.) responds to the third party complaint in the following manner:

1. Paragraphs 1, 2, 3, 4, and 5 are admitted.

2. Paragraph 6 is admitted to the extent that it is a general characterization of the suit filed by the plaintiffs. However to the extent that it alleges or implies that Pippett, Sr. was an employee of Defendant, the paragraph is denied.

3. Paragraph 7 is admitted to the extent that it is a general characterization of the response of the Defendant to the suit.

4. Paragraph 8 and 9 are denied.

## FIRST DEFENSE

The complaint fails to state a claim against the third party defendant upon which relief can be granted as TPP, International, Inc. held the contract with Waterford Development and was the employer of Pippett, Sr. Upon the termination of the contract between TPP, Inc. and Waterford, a mutual release was signed.

Respectfully submitted,

Attorney Barbara J. Collins
Law Office of Barbara J. Collins
44 Capitol Avenue Suite 402
Hartford, CT 06016
barbcollins@mac.com

## CERTIFICATION

A copy of the foregoing was sent this 27th day of July by first class mail and fax to:

Attorney Andrew Houlding
Rome, McGuigan, Sabanosh, PC.
One State Street
Hartford, CT 06103

Attorney Gerald J. Pomerantz
Attorney Mark Scheffer
Pomerantz, Scheffer & Associates
7th Floor Stephen Girard Building
21 South 12th Street
Philadelphia, PA 19107-3603

Attorney Norman Perlberger
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue
Suite 201
Ardmore, PA 19003

Honorable Mark R. Kravitz, U.S. D.J.
141 Church Street
New Haven, CT 06510

Barbara J. Collins