IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., | : | CIVIL ACTION NO. |
| JOSEPH T. MCDONALD, and | : | 3:01cv1716(MRK) |
| JAMES J. ROSATO, IND. par. | : | |
| t/a ECM ELECTRICAL | : | |
| CONSTRUCTION, | : | |
|     Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Defendant. | : | |
| | | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Third-Party Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS PIPPETT, SR., | : | |
|     Third-Party Defendant. | : | AUGUST 4, 2004 |

### DEFENDANT'S MOTION IN LIMINE

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby moves for an order precluding Plaintiffs from introducing trial evidence in support of claims that their termination is tied to the ongoing federal investigation of members of the Rowland administration, and from introducing other prejudicial evidence in support of other issues that have not been alleged in their complaint.

In support of this motion, Defendant files the attached memorandum of law.

For the reasons set forth in the attached Memorandum, Defendant respectfully moves for an order precluding Plaintiffs from introducing evidence at trial concerning any federal investigation concerning members of the Rowland administration; any evidence concerning violations of important public policies; and evidence concerning punitive damages in connection with claims for which punitive damages are not recoverable under applicable law or in connection with claims for which punitive damages have not been requested..

THE DEFENDANT AND
THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

_____
Andrew Houlding, Esq.
Federal Bar # (ct12137)
Rome, McGuigan P.C.
One State Street
Hartford, CT 06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

## ORDER

Plaintiffs are hereby precluded from introducing evidence concerning any federal investigation concerning members of the Rowland administration; any evidence concerning violations of important public policies; and evidence concerning punitive damages.

GRANTED / DENIED.

BY THE COURT,

_____
Judge/Clerk

3

**CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing Motion in Limine to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 4th day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

_____
Andrew Houlding

10485-1/382351

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726