IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR., : | CIVIL ACTION NO. |
| JOSEPH T. MCDONALD, and : | 3:01cv1716(MRK) |
| JAMES J. ROSATO, IND. par. : | |
| t/a ECM ELECTRICAL : | |
| CONSTRUCTION, : | |
|     Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| WATERFORD DEVELOPMENT, LLC, : | |
|     Defendant. : | |
| : | |
| WATERFORD DEVELOPMENT, LLC, : | |
|     Third-Party Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| THOMAS PIPPETT, SR., : | |
|     Third-Party Defendant. : | AUGUST 3, 2004 |

### THIRD-PARTY PLAINTIFF'S REPLY TO THIRD-PARTY DEFENDANT'S AFFIRMATIVE DEFENSE

Third-party Plaintiff Waterford Development, LLC ("Waterford"), hereby replies to the affirmative defense of Third-party Defendant Thomas Pippett, Sr. ("Pippett Sr.") as follows:

Waterford entered into a contract with TPP International, Inc. ("TPP"), for the mutual release of claims, in or about January, 2001, but avers that said release is not a bar to Waterford's

claim for indemnification from Pippett Sr., inasmuch as claims against Pippett Sr., individually as an officer, director, or employee of TPP, are not covered by the release.

THE DEFENDANT AND
THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

_____
Andrew Houlding, Esq.
Federal Bar # (ct12137)
Rome, McGuigan P.C.
One State Street
Hartford, CT  06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Their Attorneys

2

**CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing Third-Party Plaintiff's Answer to Third-Party Defendant's Affirmative Defense, to be sent by U.S. first class mail, postage prepaid on this 3rd day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

_____
Andrew Houlding

10485-1/382083