FILED

Aug 11   1 44 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. <br> t/a ECM ELECTRICAL <br> CONSTRUCTION, <br>     Plaintiffs, | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 3:01cv1716(MRK) |
| vs. | : : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Defendant. | : : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Third-Party Plaintiff, | : : : | |
| vs. | : : | |
| THOMAS PIPPETT, SR., <br>     Third-Party Defendant. | : : : | AUGUST 10, 2004 |

### DEFENDANT'S MOTION NUNC PRO TUNC FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND OTHER OBJECTIONS TO PLAINTIFFS' PROPOSED EVIDENCE AND TO FILE OBJECTIONS TO PLAINTIFFS' PROPOSED JURY INSTRUCTIONS AND JURY VERDICT FORM

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby requests that the Court consider the filing, nunc pro tunc, on August 4, 2004, of its Motion in Limine and memoranda of law in support thereof concerning evidentiary problems arising from and out of the Plaintiffs' draft version of the parties' Joint Trial Memorandum, and of Defendant's supplements of the Joint Trial

Memorandum, as timely filed, notwithstanding that they were filed one day after the August 3, 2004 deadline for filing the Joint Trial Memorandum.

In support thereof, the undersigned represents that Plaintiffs' through their counsel (located in Philadelphia), transmitted their version of the Joint Trial Memorandum at 2:13 p.m., on Tuesday, August 3, 2004, where the Memorandum was due that same day (following the Court's extension of the deadline from July 27 until August 3). *See* E-mail from attorney Michael Jones enclosing attachments sent Tuesday, August 3, 2:14 p.m., Attachment A.

Previously, Plaintiffs had transmitted only their proposed Witness List and Exhibit Lists (originally containing 149 items including hundreds of pages of documents and later reduced to slightly more than 100 items), to which Defendant had interposed objections. Defendant transmitted its proposed draft Joint Trial Memorandum to Plaintiffs on Friday, July 30, 2004, and received no substantive response until the afternoon of August 3.

The Instructions for preparation of the Joint Trial Memo provide that "Objections not stated in the Joint Trial Memo will be deemed waived, except for good cause shown." *Instructions, page 3.* Defendant submits that it could not reasonably prepare objections to Plaintiff's submissions in the very limited time permitted by the belated transmission of Plaintiffs' version of the Joint Trial Memo. (Indeed, there was barely time to read the entire document.)

Furthermore, the Instructions provide that "Counsel shall meet and confer for the purpose of filing a proposed verdict form and/or special interrogatories . . . ." Plaintiffs' counsel did not

2

confer at all concerning a verdict form but simply transmitted one (again, at 2:13 p.m. August 3), making it impossible to offer considered objections and to work toward a joint submission.

Defendant's August 3, 2004 Motion for Extension of Time to File Motions in Limine was denied by the Court without prejudice for failure to state the position of opposing counsel with respect to said motion; however, the pleadings for which Defendant sought additional time to file were all filed on August 4, 2004. Furthermore, Plaintiffs' counsel have expressed their views concerning the Motion for Extension, as stated in their Response to Defendant's Motion, dated August 5, 2004. Plaintiffs have been contacted and have voiced no objection to the filing of this Motion Nunc Pro Tunc.

Wherefore, Defendant Waterford respectfully requests that the court consider Defendant's Motion in Limine and Supplements to Joint Trial Memo as timely filed on August 4, 2004.

THE DEFENDANT AND
THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

_____
Andrew Houlding, Esq.
Federal Bar # (ct12137)
Rome, McGuigan P.C.
One State Street
Hartford, CT 06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Their Attorneys

3

## **ORDER**

The foregoing Motion Nunc Pro Tunc for Extension of Time having been duly considered by the Court, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT,

_____
Judge/Clerk

4

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Motion Nunc Pro Tunc for Extension of Time, to be sent via facsimile, electronic mail and U.S. first class mail, postage prepaid, on this 10th day of August, 2004 to the counsel of record listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

_____
Andrew Houlding

10485-1/382318

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

# EXHIBIT A

## Andrew Houlding

| | |
|---|---|
| **From:** | michael jones [michaelwjonesesq@msn.com] |
| **Sent:** | Tuesday, August 03, 2004 2:13 PM |
| **To:** | Andrew Houlding |
| **Cc:** | barbcollins@mac.com; perlberglaw@aol.com; gjpomlaw@hotmail.com |
| **Subject:** | RE: WordPerfect waiver/Deadline for filing |

 

Pippett.JuryInstruc  :ointTrialMemoAug0
t01.wpd (48...       3.doc (752 K...

```
                You wrote:

>Having learned that we don't have the capability of saving documents in
>WordPerfect 10.0, I contacted Judge Kravitz's chambers and obtained a
>waiver in favor of MicroSoft Word.

I have returned the plaintiffs' revision of the Joint Trial Memo in MS Word
format.  This is confirm receipt of defendant's proposed jury instructions
sent to us at 12:52 p.m. this same date.  Plaintiffs' Proposed Jury
Instructions is also attached as a separate file (as per the Court's
instructions).

Kindly provide attachments as set forth in the Court's instructions,
including copies on diskette.  Your professional courtesy is finalizing and
filing the Joint Trial Memo is appreciated.  Signature page signed by
plaintiffs' counsel is being faxed separately to you.

Very truly yours,

Michael W. Jones, Esquire

>However, I have no waiver of the deadline for filing our Joint Trial
>Memo. It has apparently been assumed that my office will file this
>document (reminiscent of your clients' assumptions about terms of
>employment with Waterford); and I have not received any proposed
>revisions of my Draft that was transmitted via email on Friday, July
>30. I reminded Michael Jones this morning that New Haven is 45 minutes
>from my office; I am not willing to race against the clock to
>accommodate you.  To date, I have only received your frequently-revised
>lists of proposed trial exhibits, your witness list, and your objection
>to Defendant's exhibits. It is now 12:45 p.m. August 3.
>
>
>Andrew Houlding (ahoulding@rms-law.com)
>Rome McGuigan, P.C.
>One State Street, 13th Floor
>Hartford, CT 06103
>
>Direct Line (860) 493-3468; Wireless (203) 668-6415; Facsimile (860)
>724-3921.
>
>PRIVILEGE AND CONFIDENTIALITY NOTICE
>
>The information in this electronic mail is intended for the addressed
>recipient(s) only. This email may contain privileged and confidential
>material from the law firm of Rome McGuigan, P.C. If you are not the
>intended recipient, please be advised that any disclosure, copying,
>distribution or use of the contents of this information is prohibited.
>If you have received this email in error, please notify the sender
>immediately by replying to this email or by telephone. Thank you.
>
```

1