IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. <br> t/a ECM ELECTRICAL <br> CONSTRUCTION, <br>     Plaintiffs, | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 3:01cv1716(MRK) |
| vs. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Defendant. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Third-Party Plaintiff, | : <br> : <br> : | |
| vs. | : <br> : | |
| THOMAS PIPPETT, SR., <br>     Third-Party Defendant. | : <br> : | AUGUST 24, 2004 |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant and the Third-Party Plaintiff, Waterford Development, LLC.

                                        WATERFORD DEVELOPMENT, LLC

                                        By _____
                                        Bridget M. Ciarlo, ct 418913
                                        Rome McGuigan, P.C.
                                        One State Street
                                        Hartford, CT 06103-3101
                                        Telephone: (860) 549-1000
                                        Facsimile: (860) 724-3921
                                        E-mail: bciarlo@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Appearance to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 24th day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

_____
Bridget Ciarlo

10485-1/383579