IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. <br> t/a ECM ELECTRICAL <br> CONSTRUCTION, <br>     Plaintiffs, <br> <br> vs. <br> <br> WATERFORD DEVELOPMENT, LLC, <br>     Defendant. <br> <br> WATERFORD DEVELOPMENT, LLC, <br>     Third-Party Plaintiff, <br> <br> vs. <br> <br> THOMAS PIPPETT, SR., <br>     Third-Party Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 3:01cv1716(MRK) <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> AUGUST 24, 2004 |

### DEFENDANT'S MOTION TO REVOKE ITS PRIOR PARTICIPATION IN THE JOINT MOTION TO CONSOLIDATE FOR TRIAL THE PIPPETT V. WATERFORD AND JENNINGS V. WATERFORD CASES

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby moves to revoke its participation in the parties' Joint Motion to Consolidate for trial the Jennings case (3:02CV1937) and the Pippett, et al. (3:01CV1716) case. Essentially, Defendant wishes to withdraw its prior participation in the Joint Motion to Consolidate in light of the fact that Jennings is not on the jury docket while the Pippett case is to be heard by a jury. In taking this position, Defendant, through its undersigned

counsel, avers that it was not until the preparation of the Joint Trial Memorandum in what was anticipated to be a consolidated, jury trial, that Defendant realized that <u>Jennings</u> was not on the jury docket and had never been timely claimed to the jury.

For the reasons set forth in its attached Memorandum of Law, Defendant moves for permission to revoke its prior participation in the Joint Motion to Consolidate.

THE DEFENDANT AND
THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

_____
Andrew Houlding, Esq.
Federal Bar # (ct12137)
Rome, McGuigan P.C.
One State Street
Hartford, CT 06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
Its Attorneys

## ORDER

The foregoing Motion to Revoke having been considered it is hereby GRANTED/DENIED.

_____
(                                    J. )

2

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Motion to Sever to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 24th day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

Andrew Houlding

10485-1/383480