**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR.,** | : | **CIVIL ACTION NO.** |
| **JOSEPH T. MCDONALD, and** | : | **3:01cv1716(MRK)** |
| **JAMES J. ROSATO, IND. par.** | : | |
| **t/a ECM ELECTRICAL** | : | |
| **CONSTRUCTION,** | : | |
|     **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|     **Defendant.** | : | |
| | | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|     **Third-Party Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THOMAS PIPPETT, SR.,** | : | |
|     **Third-Party Defendant.** | : | **AUGUST 26, 2004** |

## DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT FROM THE JURY DOCKET

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby moves to strike Plaintiffs' Amended Complaint from the jury docket because the Plaintiffs' Amended Complaint does not set forth a demand for a jury trial. Although Plaintiffs demanded a trial by jury in their Original Complaint, the Plaintiffs' Amended Complaint was dismissed for lack of subject-matter jurisdiction. Thereafter, the Plaintiffs filed an Amended Complaint, which contains no demand for a trial by jury. At no time since the Original Complaint was filed have the Plaintiffs filed any jury trial demand. In the

absence of controlling authority for the proposition that the jury demand set forth in the Plaintiffs' Original Complaint survives, despite the fact that the Court lacked subject matter jurisdiction over the Plaintiffs' Original Complaint, Defendant has a good faith argument that Plaintiffs' claims may not be tried to the jury.

For the reasons set forth in Defendant's Memorandum Regarding Jury Trial of Plaintiffs' Claims and Third-Party Claim Against Thomas P. Pippett, Sr., dated August 24, 2004, Defendant moves that Plaintiffs' Amended Complaint be stricken from the jury docket.

THE DEFENDANT AND
THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC


Andrew Houlding, Esq.
Federal Bar # (ct12137)
Bridget M. Ciarlo
Federal Bar # (ct418913)
Rome, McGuigan P.C.
One State Street
Hartford, CT  06103
Phone: (860) 493-3468
Fax: (860) 724-3921
ahoulding@rms-law.com
bciarlo@rms-law.com
Its Attorneys

2

**ORDER**

The foregoing Motion to Strike having been considered it is hereby GRANTED/DENIED.

_____
(                                                      J. )

3

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Motion to Sever to be served via hand delivery on this 26th day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604


_____
Bridget M. Ciarlo

10485-1/383678

4