IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., | : | CIVIL ACTION NO. |
| JOSEPH T. MCDONALD, and | : | 3:01cv1716(MRK) |
| JAMES J. ROSATO, IND. par. | : | |
| t/a ECM ELECTRICAL | : | |
| CONSTRUCTION, | : | |
|     Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Defendant. | : | |
| | | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Third-Party Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS PIPPETT, SR., | : | |
|     Third-Party Defendant. | : | AUGUST 25, 2004 |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE RE:
DEPOSITIONS OF JILL FINK AND DOUG AITKEN**

While from an adversarial standpoint it is understandable why Defendant would file the subject Motion in Limine, from the premise that counsel should exhibit professionalism and intellectual honesty in the filing of motions, especially on the eve of trial, Plaintiffs reluctantly file this responsive memorandum.

## I. Pertinent Factual Background

Deponents, Douglas Aitken and Jill Fink, were employed by Waterford as part of the Pippett team. They were recruited, interviewed, communicated the terms of employment and agreed to accept employment by and through Mr. Pippett. All of the evidence is clear that Waterford first employed Thomas Pippett, Sr. and then had him put together his project team for the Adriaen's Landing Project. Deponents also relocated from the Philadelphia area in order to take on the jobs for which they were hired and did so with the understanding that, except for cause, their terms of employment would last for the length of the project, i.e., 4-5 years. Since we are dealing with oral contracts of employment, the intent and words spoken are at dispute and deponents corroborate Plaintiffs' version of the contracts.

## II. Deponents Gave Testimony Relevant to the Issues of the Case

Defendant's primary argument is that the testimony elicited from the witnesses lacked proper foundation when they said they met and spoke with Pippett. He argues that the witnesses failed to link Pippett with Waterford, failed to identify Pippett or his authority. As indicated in the first pretrial conference on August 19, 2004, these kind of objections are premature. By the time the video depositions are played to the jury, it is respectfully argued that sufficient foundation will have been lain through Pippett and Waterford principals to make this objection absurd. Defendant's use of F.R.E. 401, 402 is misplaced.

It is believed that the real bases for Defendant's concerns regarding the subject depositions are that they are harmful to Defendant and bolster Plaintiffs' case. In addition, afraid that watching same will turn the jury against Defendant, counsel now seeks preclusion because the depositions showcase Defendant's relentless effort to disrupt and upset the witnesses with a frivolous barrage of objections that would never have been tolerated if they had been made in open court.

Respectfully submitted,

Norman Perlberger, Esquire
Co-Counsel for Plaintiffs

326 W. Lancaster Ave
Ste 210
Ardmore, PA 19003
(610) 645-0900

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Memorandum of Law in support of Motion in Limine to be sent via fax and electronic mail, on this 25th day of August, 2004 to the counsel listed below as follows:

Andrew Houlding, Esquire
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald Jay Pomerantz, Esquire
POMERANTZ & SCHEFFER,
Associates in Discrimination Law
Identification No. 03636
7th Floor, Stephen Girard Building                                     Attorneys for Plaintiffs
21 South 12th Street
Philadelphia, PA   19107-3603
(215) 569-8866

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR.; | CIVIL ACTION |
| JOSEPH T. McDONALD; and | |
| JAMES J. ROSATO, Ind. & t/a ECM | |
| ELECTRICAL CONSTRUCTION | |
| vs. | |
| WATERFORD DEVELOPMENT, LLC | NO. 3:01-cv-1716 (MRK) |
| | |
| DARLENE JENNINGS | CIVIL ACTION |
| vs. | |
| WATERFORD DEVELOPMENT, LLC | NO. 3:02-cv-1937 (MRK) |

### CERTIFICATION

MICHAEL W. JONES, ESQUIRE, hereby certifies that service of a true and correct copy of

Plaintiffs' Memorandum in Opposition to Motion in Limine Re: Depositions of Jill Fink and Doug

Aitken was made this date by fax, e-mail, and first-class mail to the following:

Andrew Houlding, Esquire          Barbara J. Collins, Esquire
Rome McGuigan Sabanosh, P.C.      44 Capitol Avenue
One State Street                  Suite 402
Hartford, CT    06103             Hartford, CT    06106
(FAX 860-724-3921)                (FAX 860-246-3727)

                                                         _____
                                                         MICHAEL W. JONES, ESQUIRE

DATED: 8/25/04