IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., | : | CIVIL ACTION NO. |
| JOSEPH T. MCDONALD, and | : | 3:01cv1716(MRK) |
| JAMES J. ROSATO, IND. par. | : | |
| t/a ECM ELECTRICAL | : | |
| CONSTRUCTION, | : | |
|     Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Defendant. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
|     Third-Party Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS PIPPETT, SR., | : | |
|     Third-Party Defendant. | : | AUGUST 23, 2004 |

### DEFENDANT'S MOTION IN LIMINE AND MOTION TO STRIKE TRIAL DEPOSITIONS OF WITNESSES DOUG AITKEN AND JILL FINK

The Defendant and Third-party Plaintiff Waterford Development, LLC ("Waterford"), through its undersigned counsel, hereby moves for an order precluding Plaintiffs from introducing at trial the entire deposition direct examination testimony of witness Douglas Aitken, or in the alternative to strike substantial portions of Aitken's testimony, and to strike

substantial portions of the direct examination testimony of witness Jill Fink, for the reasons set forth in the Defendant's attached Memorandum of Law.

                THE DEFENDANT AND
                THIRD-PARTY PLAINTIFF,
                WATERFORD DEVELOPMENT, LLC

                Andrew Houlding, Esq.
                Federal Bar # (ct12137)
                Rome, McGuigan P.C.
                One State Street
                Hartford, CT  06103
                Phone: (860) 493-3468
                Fax: (860) 724-3921
                ahoulding@rms-law.com
                Its Attorneys

## ORDER

Defendant's Motion, having been duly considered, the Motion to Preclude introduction of Doug Aitken's trial deposition is GRANTED/DENIED; the Motion to Strike portions of the Aitken deposition is GRANTED/DENIED; and the Motion to Strike portions of the Jill Fink deposition is GRANTED/DENIED.

                _____
                (                , J.)

## **CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing Motion in Limine to be sent via facsimile, electronic mail, and by U.S. first class mail, postage prepaid on this 23rd day of August, 2004 to the counsel listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

_____
Andrew Houlding

10485-1/383461

*Rome McGuigan, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726