UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. <br> t/a ECM ELECTRICAL <br> CONSTRUCTION, <br>     Plaintiffs, | : <br> : <br> : <br> : <br> : <br> : | CIVIL CASE NO. <br> 3:01cv1716(MRK) |
| vs. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Defendant and Third-Party Plaintiff, | : <br> : <br> : | |
| vs. | : <br> : | |
| THOMAS PIPPETT, SR., <br>     Third-Party Defendant. | : <br> : | |
| DARLENE JENNINGS, <br>     Plaintiff, | : <br> : <br> : | CIVIL CASE NO. <br> 3:02cv1937(MRK) |
| vs. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC, <br>     Defendant. | : <br> : | |

## PLAINTIFFS' MOTION TO AMEND COMPLAINTS

AND NOW, come the Plaintiffs in both the above-captioned matters, by and through their attorneys, Pomerantz & Scheffer and Perlberger Law Associates, P.C., to move the Court to grant leave to amend their respective Complaints to add a Count alleging wrongful

discharge/termination, and in support thereof, file the attached Memorandum of Law. Copies of the Plaintiffs' respective Amended Complaints are attached hereto to the instant Motion.

Respectfully submitted,

POMERANTZ & SCHEFFER                                PERLBERGER LAW ASSOCIATES, P.C.

_____                           _____
Gerald Jay Pomerantz, Esquire                       Norman Perlberger, Esquire
21 South 12th Street, Suite 700                     326 W. Lancaster Avenue, Suite 210
Philadelphia, PA 19107-3603                         Ardmore, PA 19003
Phone: (215) 569-8866                               Phone: (610) 645-0900
Fax: (215) 568-6511                                 Fax: (610) 645-9240


Dated: 8/25/04                                      (Attorneys for Plaintiffs)

-2-