## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THOMAS P. PIPPETT, JR.,                   :        CIVIL CASE NO.
JOSEPH T. MCDONALD, and                   :        3:01cv1716(MRK)
JAMES J. ROSATO, IND. par.                :
t/a ECM ELECTRICAL                        :
CONSTRUCTION,                             :
    Plaintiffs,                           :
                                          :
vs.                                       :
                                          :
WATERFORD DEVELOPMENT, LLC,               :
    Defendant and Third-Party Plaintiff,  :
                                          :
vs.                                       :
                                          :
THOMAS PIPPETT, SR.,                      :
    Third-Party Defendant.                :


DARLENE JENNINGS,                         :        CIVIL CASE NO.
    Plaintiff,                            :        3:02cv1937(MRK)
                                          :
vs.                                       :
                                          :
WATERFORD DEVELOPMENT, LLC,               :
    Defendant.                            :


## PLAINTIFFS' MOTION FOR CONSOLIDATED JURY TRIAL

    AND NOW, come the Plaintiffs in both the above-captioned matters, by and through

their attorneys, Pomerantz & Scheffer and Perlberger Law Associates, P.C., to move for

consolidated jury trial of the above cases, and if necessary, amend the captions to permit same.

In support thereof, Plaintiffs file the attached Memorandum of Law.

Respectfully submitted,

POMERANTZ & SCHEFFER                      PERLBERGER LAW ASSOCIATES, P.C.

Gerald Jay Pomerantz, Esquire             Norman Perlberger, Esquire
21 South 12th Street, Suite 700           326 W. Lancaster Avenue, Suite 210
Philadelphia, PA 19107-3603               Ardmore, PA 19003
Phone: (215) 569-8866                     Phone: (610) 645-0900
Fax: (215) 568-6511                       Fax: (610) 645-9240


Dated: ___8/25/04_____                  (Attorneys for Plaintiffs)

-2-