## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION, | : : : : : | NO.  3:01cv1716(MRK) LEAD CASE |
| Plaintiffs | : : | |
| v. | : : | |
| WATERFORD DEVELOPMENT, LLC, | : : | |
| Defendant | : : | |
| v. | : : | |
| THOMAS PIPPETT, SR., | : : | |
| Third-Party Defendant | : : | |
| DARLENE JENNINGS, | : : | |
| Plaintiff | : : | NO. 3:02cv1937 (MRK) |
| v. | : : | |
| WATERFORD DEVELOPMENT, LLC, | : : | |
| Defendant | : | |

### RULINGS AND ORDERS

      Counsel having appeared before the Court on August 19 and 26, 2004 for a final pretrial in the above-captioned cases, the Court enters the following orders for the reasons stated on the record in open court on those dates:

      1.      The Joint Motion to Consolidate <u>Jennings v. Waterford Development, LLC</u>, No.

1

3:02cv1937 (MRK) with Pippett v. Waterford Development, LLC, No. 3:01cv1716 for trial [doc. # 19 in 02cv1937; doc. # 108 in 01cv1716] is GRANTED and Defendant's Motion to Revoke Its Prior Participation in the Joint Motion to Consolidate [doc. # 94 in 01cv1716] is DENIED. All further documents filed in either matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:01cv1716(MRK) (LEAD CASE).

     2.     Plaintiffs' Motion to Amend Complaints [doc. # 105 ] is DENIED.

     3.     Defendants' Motion to Strike Amended Complaint from the Jury List [doc. # 99] is DENIED. The Court understands that in view of the Court's rulings on August 26, 2004, the parties have agreed that the issues in Jennings v. Waterford Development, LLC, which was not previously claimed to the jury list, may be tried to a jury.

     4.     All exhibits appearing listed in the parties' Joint Trial Memorandum [doc. # 79] which were not objected to on August 26, 2004, which had an objection overruled, or which were not designated at the final pretrial as for Identification Only, are hereby admitted at trial as full exhibits to be used for any purpose by any party.

     5.     Defendants' Motion in Limine [doc. # 85] is DENIED IN PART and GRANTED IN PART.

     6.     The Court will take under advisement the issues of any adverse inference instruction [doc. # 96] and rule on that issue in connection with its rulings on the final instructions to the jury.

     7.     Defendants' Motion In Limine and Motion to Strike Trial Depositions of Witnesses Doug Aitken and Jill Fink [doc. # 103] is GRANTED.

8.  Defendant will have a total of three preemptory challenges, the Plaintiffs in the consolidated cases will have a total of two preemptory challenges and the Third-Party Defendant will have a total of two preemptory challenges.

IT IS SO ORDERED,

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 30, 2004