## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION,<br>    Plaintiffs,<br><br>v.<br><br>WATERFORD DEVELOPMENT, LLC<br>    Defendant and Third Party Plaintiff.<br><br>DARLENE JENNINGS,<br>    Plaintiff,<br><br>v.<br><br>WATERFORD DEVELOPMENT, LLC,<br>    Defendant. | CASE NO. 3:01CV1716(MRK)<br>(LEAD CASE)<br><br><br><br><br><br><br><br><br><br>CASE NO. 3:02CV1937(MRK)<br><br><br><br><br>AUGUST 30, 2004 |

### DEFENDANT'S OBJECTIONS TO PRELIMINARY JURY INSTRUCTIONS

Defendant respectfully objects to the Preliminary Jury Instructions and requests that the preliminary charge (and, if required, the final charge) consistently use the phrase "a proper reason" as the showing required for termination in the event that the Plaintiff employees are found to be terminable only for "cause." The "*just* cause" locution normally arises only in the context of a disciplinary discharge, wherein the employer may be required to show that the employee committed some wrongdoing so as to provide *just* cause for termination. In this case, there is no claim by Defendant that the terminations were disciplinary in nature; the Plaintiffs were not *discharged* in a pejorative sense but they were laid off. Defendant bears no burden of

proving any fault on the part of the Plaintiffs; Defendant does not allege they were guilty of misconduct. The "proper reason" is a neutral formulation consistent with the law, Sheets v. Teddy's Frosted Foods, Inc., 179 Conn. at 475, 427 A.2d 385; and avoids the potential for jury confusion that could arise from the suggestion that Defendant has to justify the terminations on the basis of some demonstrable fault on the part of Plaintiffs.

THE DEFENDANT,
AND THIRD PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

Andrew Houlding, Esq.
Federal Bar #ct12137
Bridget M. Ciarlo, Esq.
Federal Bar # ct418913
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT  06103-3101
Phone: (860) 549-1000
Fax: (860) 724-3921
ahoulding@rms-law.com
bciarlo@rms-law.com
Its Attorneys

## **ORDER**

The foregoing Objection having been duly considered, it is hereby ORDERED:

SUSTAINED / OVERRULED.

BY THE COURT,

_____
(                                                      J. )

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Objection to the Preliminary Jury Instructions to be served via electronic mail and facsimile this 30th day of August, 2004 to the following counsel of record listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT 06106

Gerald Jay Pomerantz, Esq.
Mark Scheffer, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA 19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

_____
Andrew Houlding

10485-1/383884

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726