IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:01CV1716 (JCH) |
| | : | |
| WATERFORD DEVELOPMENT, LLC, ET AL. | : | |
| | : | |
| DARLENE JENNINGS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:02cv1937 (JCH) |
| | : | |
| WATERFORD DEVELOPMENT, LLC, ET AL. | : | |

**MOTION TO ADMIT PRO HAC VICE**

The undersigned, a member of the Bar of this Court, requests the entry of an order under D.Conn.L.Civ.R. 83.1(d) that **MICHAEL W. JONES, ESQ.** of the law firm of Pomerantz & Scheffer, 21 South 12th St., 7th Floor, Philadelphia 19107 be admitted as a visiting attorney for the Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings, and in support thereof, states the following:

1. The undersigned, Jonathan L. Gould, Esq., is an attorney at law in practice with the Law Offices of Jonathan L. Gould located in Hartford, Connecticut, and a member in good standing of the Bar of the following courts; State of Connecticut, United States District Court for the District of Connecticut, United States Court of Appeals for the Second Circuit, and the United States Supreme Court, and not under suspension or disbarment by any Court.

2. To my knowledge, information and belief, and based upon the attached Affidavit, Mr. Jones is currently a member in good standing of the following courts: the Supreme Court of the

Commonwealth of Pennsylvania, the District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3. To my knowledge, information and belief, and based upon the attached Affidavit, Mr. Jones has not been denied admission or disciplined by this Court or any other court.

4. The undersigned knows of no facts which would call into question the integrity or character of Mr. Jones.

5. Granting of this Motion will not require modification of the deadlines established in this Court's scheduling order entered pursuant to Rule 16(b), Fed.R.Civ.P.

WHEREFORE, it is requested that this Court enter an Order granting Michael W. Jones, Esq. Admission pro hac vice to appear as a visiting attorney before this Court in this matter on behalf of Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings.

Respectfully submitted,

LAW OFFICES OF JONATHAN L. GOULD

Dated:_____

_____
Jonathan L. Gould, Esq. (CT 05237)
214 Main Street
Hartford, CT 06106
(860) 278-9115

(Attorney for Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:01CV1716 (JCH) |
| | : | |
| WATERFORD DEVELOPMENT, LLC, ET AL. | : | |
| | : | |
| DARLENE JENNINGS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 3:02cv1937 (JCH) |
| | : | |
| WATERFORD DEVELOPMENT, LLC, ET AL. | : | |

**AFFIDAVIT OF MICHAEL W. JONES, ESQ.
IN SUPPORT OF PRO HAC VICE MOTION**

I, Michael W. Jones, Esquire, state the following in support of my Pro Hac Vice admission:

1. I am an attorney at law, and a member in good standing of the following courts: the Supreme Court of the Commonwealth of Pennsylvania, the District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

2. I am an attorney in practice with the law firm of Pomerantz & Scheffer located in Philadelphia, Pennsylvania.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I make this Affidavit in support of the Motion by Jonathan L. Gould, Esquire, for my admission to the Bar of this Court Pro Hac Vice under Local Rule 83.1(d)(1) of the Rules of this Court.

5. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:_____

_____
MICHAEL W. JONES, ESQUIRE

(Attorney for Plaintiffs, Thomas P. Pippett, Jr.; Joseph T. McDonald; James J. Rosato, Ind. & t/a ECM Electrical Construction; and Darlene Jennings)