IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR.,<br>JOSEPH T. MCDONALD, and<br>JAMES J. ROSATO, IND. par. t/a<br>ECM ELECTRICAL CONSTRUCTION<br>and DARLENE JENNINGS,<br>    PLAINTIFFS, | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:01cv1716(MRK) |
| vs. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC<br>    DEFENDANT. | : <br> : | |
| WATERFORD DEVELOPMENT, LLC,<br>    THIRD-PARTY PLAINTIFF, | : <br> : <br> : | |
| vs. | : <br> : | |
| THOMAS PIPPETT, SR.,<br>    THIRD-PARTY DEFENDANT. | : <br> : | SEPTEMBER 3, 2004 |

**MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 15, Defendant Waterford Development LLC. hereby moves for leave to amend its Third-Party Complaint against Thomas Pippett, Sr., consistent with the proposed Amended Third-Party Complaint attached hereto.

Defendant moves for leave for the purpose of conforming the pleadings with the Court's order consolidating the above-captioned action with the

matter entitled <u>Darlene Jennings v. Waterford Development Group, LLC</u>, Case No. 3:02-CV-1937(MRK).

        THE DEFENDANT
AND THIRD-PARTY PLAINTIFF,
WATERFORD DEVELOPMENT, LLC

By: _____
Jonathan J. Blake, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel: (860) 549-1000
Fax: (860) 724-3921
Federal Bar # (ct22321)
Jblake@rms-law.com
Its Attorneys

2

## **ORDER**

The foregoing Motion having been duly considered, it is hereby

ORDERED:

        GRANTED / DENIED.

        BY THE COURT,

        _____

        Judge/Clerk

## **CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File to Amend Complaint to be hand-delivered on this 3rd day of September, 2004 to the counsel of record listed below as follows:

Barbara J. Collins, Esq.
44 Capitol Avenue, Suite 402
Hartford, CT  06106

Gerald Jay Pomerantz, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

**and by U.S. mail only to:**

Brian C. Roche, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604

_____
Jonathan J. Blake

10485-1/384180

4