UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. <br> t/a ECM ELECTRICAL <br> CONSTRUCTION, <br>   Plaintiffs, | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL CASE NO. <br> 3:01cv1716(MRK) |
| vs. | : | |
| WATERFORD DEVELOPMENT, LLC, <br>   Defendant and Third-Party Plaintiff, | : <br> : <br> : | |
| vs. | : | |
| THOMAS PIPPETT, SR., <br>   Third-Party Defendant. | : <br> : <br> : | |
| DARLENE JENNINGS, <br>   Plaintiff, | : <br> : | CIVIL CASE NO. <br> 3:02cv1937(MRK) |
| vs. | : | |
| WATERFORD DEVELOPMENT, LLC, <br>   Defendant. | : <br> : | |

## PLAINTIFFS' SUGGESTED CHANGES TO VERDICT FORM:

IA -- (1), (2) and (4) insert parenthetically after the word "Waterford" in second line "(through its authorized agent, Thomas Pippett, Sr.)"

IA - (3) insert parenthetically after the word "Waterford" in second line "(through its authorized agent, Thomas Pippett, Sr.)"; also, delete "he would be employed" and insert "ECM was contracted"; on line 37, replace "he" with "ECM"; line 38, replace "his" with "ECM's"; line 39, replace "he" with "ECM."

IB -- (1), (2) and (4) -- same parenthetical insert

IB - (3) – same parenthetical insert; line 40, replace "he would be employed" with "ECM would be contracted"; line 41, replace "he" with "ECM" in both places; line 42, replace "his" with "ECM's"; line 43, replace "he" with "ECM"

**IC -- (1), (2) and (4)** -- insert in third line after "bad faith" and "did not deal fairly"

**IC - (3)** -- Delete everything after word "that" and replace with "1) that ECM had an expressed or implied consulting contract with Waterford; and 2) Waterford acted in bad faith and did not deal fairly with ECM's consulting contract?"

**IIA -- (1), (2) and (4)** -- insert after the word "Waterford" in second line "(through its authorized agent, Thomas Pippett, Sr.)"; ALSO subsections (2)-(4) of each section after the word "misrepresentations" add the words "or omissions."

**IIA – (3)** – same as above; in addition, on lines 35-36, replace "he would be employed" with "ECM would be contracted"; end of line 36, replace "he" with "ECM"; line 38, replace "him" with "ECM"; line 39, replace "him" with "ECM"; line 40, replace "he" with "ECM"

In **III -- DAMAGES** – page 8, line 20, add to Rosato's name "t/a ECM Electrical Construction"

Add: Do you find that Waterford's conduct constituted gross negligence or reckless disregard of Plaintiffs? YES ____ NO ____

If your answer is YES, do you award any punitive damages to:

Thomas P. Pippett, Jr.   YES ___ NO ___

Joseph T. McDonald   YES___ NO ___

James T. Rosato, t/a ECM Electrical Construction   YES___ NO ___

Darlene Jennings   YES___ NO __

**IV Third Party Claim** – Page 9, line 11, in front of word "employment," insert phrase "consulting or"

Respectfully submitted,

POMERANTZ & SCHEFFER

*/s/ Michael W. Jones/*

Michael W. Jones, Esquire
21 South 12th Street, Suite 700
Philadelphia, PA 19107-3603

Dated: 9/8/04

PERLBERGER LAW ASSOCIATES, P.C.

*/s/ Norman Perlberger/*

Norman Perlberger, Esquire
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

(Attorneys for Plaintiffs)

## CERTIFICATION

I hereby certify that I have served copies of the foregoing Plaintiffs' Second Set of Proposed Changes to Jury Instruction and Plaintiffs' Suggested Changes to Verdict Form by hand-delivery this 8th day of September, 2004, to the counsel of record listed below as follows:

Andrew Houlding, Esquire
Bridget Ciarlo, Esquire
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101

Barbara Collins, Esquire
44 Capitol Avenue, Suite 402
Hartford, CT 06106

_____
Michael W. Jones, Esquire
Pomerantz & Scheffer
21 South 12th Street, Suite 700
Philadelphia, PA 19107