IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR.,** | : | CIVIL ACTION NO. |
| **JOSEPH T. MCDONALD, and** | : | 3:01cv1716(MRK) |
| **JAMES J. ROSATO, IND. par.** | : | |
| **t/a ECM ELECTRICAL** | : | |
| **CONSTRUCTION,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
| **Defendant.** | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
| **Third-Party Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **THOMAS PIPPETT, SR.,** | : | |
| **Third-Party Defendant.** | : | September 3, 2004 |

### THIRD PARTY DEFENDANT'S REQUEST TO AMEND/REVISE PROPOSED JURY INSTRUCTIONS

The Third-Party Defendant Thomas Pippett, Sr. ("Pippett Sr."), through its undersigned counsel, hereby requests that the Court permit Third-Party Defendant to submit the following additional jury instructions supplementing those submitted on August 31, 2004.

<u>c. With respect to the release being in the name of TPP International, Inc.</u>

The release that Pippett, Sr. is relying on is between Waterford Development, L.L.C. and TPP International, Inc. ("TPP") and their successors and assigns. Pippett Sr. claims that he is an alter ego of TPP Inc and so that the release of one is a release of another. To find that Pippett Sr. is an alter ego you must find that he controls TPP in aspects such as financial, policy making and implementation of policy, that payment to TPP is the same as payment to Pippett Sr. In other works there must be "domination of

finances, policies and practices that the controlled corporation has, so to speak, no separate mind, will or existence of its own and is but a business conduit for its principal"

Davenport v. Quinn, et all, 53 Conn. App. 282, 300 (1999)

                                               THIRD-PARTY DEFENDANT,
                                               THOMAS PIPPETT SR.

                                               _____
                                               Barbara J. Collins, Esq.
                                               Federal Bar No (ct04634)
                                               44 Capitol Avenue, Suite 402
                                               Hartford, CT  06106
                                               Phone (860) 297-6502
                                               Fax (860) 724-3921
                                               barbcollins@mac.com
                                               His Attorneys

## CERTIFICATION

     I hereby certify that I have caused a copy of the foregoing to be hand delivered the 3rd of September 2004 to the following counsel of record listed below as follows:

Andrew Houlding, Esq.
Rome McGuigan PC
One State Street
Hartford, CT 06016

Michael Jones, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

                        _____
                             Barbara J. Collins