UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR., | CIVIL ACTION |
| Et al | Case no. 01-CV-1716 (MRK) |

Vs.

WATERFORD DEVELOPMENT, LLC

WATERFORD DEVELOPMENT, LLC

Vs.

THOMAS PIPPETT, Sr.,
       Third Party Defendant                              September 8, 2004

ANSWER OF THIRD PARTY DEFENDANT
<u>THOMAS PIPPETT, SR. TO AMENDED THIRD PARTY COMPLAINT</u>

Third Party Defendant, Thomas Pippett, Sr. (hereinafter Pippett, Sr.) responds to the amended third party complaint in the following manner:

1. Paragraphs 1, 2, 3, 4, and 5 are admitted.

2. Paragraph 6 is admitted to the extent that it is a general characterization of the suit filed by the plaintiffs. However to the extent that it alleges or implies that Pippett, Sr. was an employee of Defendant, the paragraph is denied.

3. Paragraph 7 is admitted to the extent that it is a general characterization of the response of the Defendant to the suit.

4. Paragraph 8 and 9 are denied.

<u>FIRST DEFENSE</u>

The complaint fails to state a claim against the third party defendant upon which relief can be granted as TPP, International, Inc. held the contract with Waterford

Development and was the employer of Pippett, Sr. Upon the termination of the contract between TPP, Inc. and Waterford, a mutual release was signed.

                                                                        Respectfully submitted,

                                               /s/ Barbara J. Collins Esq.

                                               Attorney Barbara J. Collins
                                               Law Office of Barbara J. Collins
                                               44 Capitol Avenue Suite 402
                                               Hartford, CT 06016
                                               barbcollins@mac.com

CERTIFICATION

A copy of the foregoing was hand-delivered this 9th [th] day of September

Attorney Andrew Houlding
Rome, McGuigan, Sabanosh, PC.
One State Street
Hartford, CT 06103

Attorney Michael Jones
Pomerantz, Scheffer & Associates
7th Floor Stephen Girard Building
21 South 12th Street
Philadelphia, PA 19107-3603

Attorney Norman Perlberger
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue
Suite 201
Ardmore, PA 19003

Honorable Mark R. Kravitz, U.S. D.J.
141 Church Street
New Haven, CT 06510

                                      --------------------/s/ Barbara J. Collins Esq.----------------

----------------------

                                                   Barbara J. Collins