IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS P. PIPPETT, JR.,** | : | CIVIL ACTION NO. |
| **JOSEPH T. MCDONALD, and** | : | 3:01cv1716(MRK) |
| **JAMES J. ROSATO, IND. par.** | : | |
| **t/a ECM ELECTRICAL** | : | |
| **CONSTRUCTION,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|      Defendant. | : | |
| | : | |
| **WATERFORD DEVELOPMENT, LLC,** | : | |
|      Third-Party Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **THOMAS PIPPETT, SR.,** | : | |
|      Third-Party Defendant. | : | September 9, 2004 |

## MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50 of the FRCP, Third Party Defendant Thomas Pippett Sr. ("Pippett Sr.) moves for a judgment as a matter of law in the Third party complaint filed by Waterford Development, LLC ("Waterford") for the following reasons:

1. The release between TPP International, Inc. ("TPP") and Waterford operates as absolute bar to this action.

                              THIRD-PARTY DEFENDANT,
                              THOMAS PIPPETT SR.


                               /s/ Barbara J. Collins Esq.
                              _____
                              Barbara J. Collins, Esq.
                              Federal Bar No (ct04634)
                              44 Capitol Avenue, Suite 402
                              Hartford, CT  06106

Phone (860) 297-6502  
Fax (860) 724-3921  
barbcollins@mac.com  
His Attorneys

## **CERTIFICATION**

I hereby certify that I have caused a copy of the foregoing hand delivered the 9th of September, 2004 to the following counsel of record listed below as follows:

Andrew Houlding, Esq  
Rome McGuigan PC  
One State Street  
Hartford, CT 06016

Michael Jones, Esq.  
Pomerantz, Scheffer & Associates  
7th Floor, Stephen Girard Building  
21 South 12th Street  
Philadelphia PA  19107-3603

Norman Perlberger, Esq.  
Perlberger Law Associates, P.C.  
326 W. Lancaster Avenue, Suite 210  
Ardmore, PA  19003

_____s/s Barbara J. Collins Esq._____  
Barbara J. Collins