AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Pippett, el al
Jennings

Waterford v.
Development, LLC.

DISTRICT OF    Connecticut

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01CV1716

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Norman Perlberger | Andrew Houlding |
| TRIAL DATE(S) 9/1/04 – | COURT REPORTER Thea Finkelstein | COURTROOM DEPUTY Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/1/04 | | | Len Wolman |
| ✓ | | 9/1/04 | | | Mark Wolman |
| ✓ | | 9/1/04 | | | Alan Angel |
| | | | | | |
| ✓ | | 9/2/04 | | | Benson Cohn |
| ✓ | | 9/2/04 | | | Thomas P. Pippett (sr.) |
| ✓ | | 9/3/04 | | | Thomas P Pippett (Jr.) |
| ✓ | | 9/7/04 | | | Thomas P. Pippett (Jr.) |
| ✓ | | 9/7/04 | | | Joseph T. McDonald |
| ✓ | | 9/7/04 | | | Darlene Jennings |
| ✓ | | 9/7/04 | | | " " |
| ✓ | | 9/8/04 | | | James Rosato |
| | | | | | |
| | ✓ | 9/8/04 | | | Alan Angel |
| | ✓ | 9/8/04 | | | Mark Wolman |
| | ✓ | 9/9/04 | | | Robert B. Saint |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages