AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**EXHIBIT AND WITNESS LIST**

Pippett, et al
Waterford v.
Development, LLC

DISTRICT OF _____

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Norman Perlberger | Andrew Houlding |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/1/04 - | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Court Exhibits |
| | | | | | #1 Jury Note |
| | | | | | #2 Tom Pippett Jr figures |
| | | | | | #3A Jury Instructions (Draft) |
| | | | | | #3B Verdict form (Draft) |
| | | | | | #4 Joseph McDonald figures |
| | | | | | #5 Darlene Jennings figures |
| | | | | | #6 James Rosato figures |
| | | | | | #7A Jury Instruction (Draft) |
| | | | | | #7B Jury Verdict form (Draft) |
| | | | | | #8 Official Jury Charge |
| | | | | | #9 Official Verdict form |
| | | | | | #10 Jury Note |
| | | | | | #11 Jury Note |
| | | | | | #12 Verdict form (2) |
| | | | | | #13 Jury Note ( ) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages