## PLAINTIFFS' TRIAL EXHIBITS:

FILED
SEP 13  9 14 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | Bates # |
|---|---|
| P-1. Connecticut General Assembly Enabling Legislation Text for Adriaen's Landing Project | |
| P-2. Memorandum from Meister to Lewis (5/1/00) | WDLLC-Meister 101 - 102 |
| P-3. Waterford Group Memorandum of Understanding (2/25/00) | |
| P-4. Adriaen's Landing Development Agreement (10/26/00) | |
| P-5. Mohegan Sun Fax Pippett C.V. to Len Wolman (5/5/00) | 0445 - 0447 |
| P-6. Cohn letter to Wolmans (5/9/00) | P399 |
| P-7. Thomas P. Pippett, Jr. Curriculum Vitae (with handwriting, 1st page) | 0014 - 0015 |
| P-8. Jennings Curriculum Vitae | P403 |
| P-9. Joseph R. McDonald Curriculum Vitae | P11 |
| P-10. Rosato Fax Packet to Pippett, Sr. (6/27/00) | 0286 - 0291 |
| P-11. List of Positions & Salaries (Jennings Dep., Exhibit D-1) | P400 |
| P-12. Draft Organizational Chart Version | P297 |
| P-13. Preliminary Development Budget Drafts Packet (6/22/00) | P299 - P307 |
| P-14. Draft Staffing Budget Sheet (Pippett, Sr. 2001 Dep., Exhibit P-4) | P3 |
| P-15. Draft Staffing Budget Sheet (Pippett, Sr., 2001 Dep., Exhibit P-7) | P4 |
| P-16. Draft Staffing Budget Sheet (Pippett, Sr., 2001 Dep., Exhibit P-8) | P5 |
| P-17. Waterford Development New Hire Compliance Report (7/14/2000) | 0019 |
| P-18. Waterford Meeting Minutes Packet (6/9/00; 5/16/00; 5/25/00; 6/6/00; 6/27/00; 7/21/00; 7/25/00; 8/1/00; 8/8/00; 8/15/00; 8/22/00; 8/29/00; 9/1/00; 9/12/00; 9/19/00; 9/26/00) | WD001 - WD049 |
| P-19. Handwritten notes (Dick re: Tom) | 0378 |
| P-20. Draft Organizational Chart Version | P308 |
| P-21. Budget Review Summary (9/28/2000) | P309 - P310 |
| P-22. Preliminary Development Budget Draft | P311 - P314 |
| P-23. Budget Review Summary (6/1/00 to 12/31/00) | P15 - P16 |
| P-24. Budget Review Version | P17 |
| P-25. Budget Review Overview Version | P19 |
| P-26. McDonald Tax Forms (2000) | |
| P-27. McDonald Tax Forms (2001) | |
| P-28. Waterford Meeting Minutes (10/3/00 through 12/19/00) | WD050 - WD060 |
| P-29. Waterford Master Files Index Listing (Jennings Dep., Exhibit D-5) | P406 - P408 |
| P-30. Adriaen's Landing Monthly Project Status Report Excerpt 1 (10/31/00) | WD124 - WD208 |
| P-31. Pippett, Jr. Madsen Construction Co. Paystub (7/01/02) | P6 |
| P-32. Pippett, Jr. Tax Forms (2000) | P___ - P___ |
| P-33. Pippett, Jr. Tax Forms (2001) | P___ - P___ |
| P-34. Pippett, Jr. Tax Forms (2002) | P___ - P___ |
| P-35. Pippett, Jr. Tax Forms (2003) | P___ - P___ |
| P-36. Jennings Fax to Angel re: ECM's EIN | 0293 |
| P-37. Rosato Calendar Page (10/02/00 - 10/06/00) | P254 |
| P-38. Rosato letter regarding losses (11/7/00) | P322 |
| P-39. Rosato handwritten losses calculations | P323 - P324 |
| P-40. Rosato letter regarding mitigation (7/17/02) | P325 |
| P-41. Rosato Tax Forms (2000) | P361 - P364 |

| Exhibit | Description | Pages |
|---|---|---|
| P-42. | Rosato Tax Forms (2001) | P365 - P368 |
| P-43. | Rosato Tax Forms (2002) | P369 - P372 |
| P-44. | Rosato Rax Forms (2003) | P373 - P376 |
| P-45. | McDonald Waterford Earnings Statement (10/06/2000) | P13 |
| P-46. | McDonald Job Search Packet Excerpts | P191, P179, P175, P174, P158, P699, P736, P675-P676, P595-P596, P440, and P475-P477 |
| P-47. | McDonald Tax Forms (2002) | P377 - P384 |
| P-48. | McDonald Tax Forms (2003) | P385 - P391 |
| P-49. | McDonald Earnings Summary | P392 |
| P-50. | McDonald Lost Earnings Chart | P393 |
| P-51. | McDonald Earnings Sheet (2004) | P394 |
| P-52. | McDonald Payroll Check Stub (7/9/04) | P395 |
| P-53. | Jennings Tax Forms (2000) | P419 - P421 |
| P-54. | Jennings Tax Forms (2001) | P416 - P418 |
| P-55. | Jennings Tax Forms (2002) | P___ - P___ |
| P-56. | Jennings Tax Form (2003) | P428 - P429 |
| P-57. | Jennings letter to George (6/16/00) (Jennings Dep., Exhibit Jennings-1) | P424 |
| P-58. | Jennings Waterford Earnings Statement (11/3/00) | P425 |
| P-59. | Jennings Waterford Earnings Statement (11/3/00) | P426 |
| P-60. | Wolman letter to Cohn w/encls. (7/17/00) (Cohn Dep., Exhibit Cohn-4) | |
| P-61. | LF Driscoll Co. Sr. Project Accountant Job Posting (McDonald) | P435a |
| P-62. | LF Driscoll Co. Letter to McDonald (6/30/04) | P436 |
| P-63. | Wolman letter to Cohn, w/attachments (11/13/00) (Cohn Dep., Exhibit Cohn-5) | |
| P-64. | Mark Wolman fax to Pippett, Sr. (5/8/00) (Len Wolman Dep., Exhibit 1) | |