## DEFENDANT'S EXHIBIT LIST

501. Minutes of Meeting, August 29, 2000 (P228-P230).
502. Version of draft employment agreement with Tom Pippett Sr's handwritten notations (Bates 0304-0306; Previously Plaintiffs' 11).
503. Draft employment agreement with Tom Pippett Sr.'s handwritten notation "My Staff's Employment Contract."
504. Draft Agreement between Waterford and ECM, with handwritten notes of Rosato's requested changes. (P237-P239; Rosato Deposition Defendant's Exhibit A).
505. Copy of check in the amount of $8,934.06 from Waterford to ECM, dated October 12, 2000 (Rosato Deposition Defendant's Exhibit D).
506. McDonald's Waterford Job Application with Resume (0073-0075; McDonald Deposition, Defendant's Exhibit A).
507. McDonald's Complete Diary (P26-P151).
508. McDonald UC-61 Form (0064).
509. Darlene Jennings job application with Resume (Jennings Deposition Defendant's Exhibit 2).
510. Jennings' Letter to Aspen Woods Leasing Office dated November 13, 2000 (Jennings Deposition Defendant's Exhibit 13).
511. E-mail from Chuck Sheehan to Mark Wolman dated September 20, 2000, 2:54 p.m. (0360-0374; Cohn Deposition Plaintiff's Exhibit 1).
512. Master Developers, LLC Preliminary Accounting to Jennings, Vacate Date: November 21, 2000 (P427).
513. Jennings UC-61 Form (P422; Jennings Deposition Defendant's Exhibit 12).

10485-1/381551