UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 9  2 49 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| THOMAS P. PIPPETT, JR.,<br>JOSEPH T. McDONALD,<br>JAMES J. ROSATO, individually and t/a ECM<br>ELECTRICAL CONSTRUCTION,<br>     Plaintiffs<br>VS.<br><br>WATERFORD DEVELOPMENT, LLC<br><br>     Defendant & Third Party Plaintiff<br>VS.<br><br>THOMAS PIPPETT, SR.,<br><br>     Third Party Defendant | CIVIL CASE NO.<br>3:01CV1716 (MRK) |
| DARLENE JENNINGS,<br>     Plaintiff<br>VS.<br><br>WATERFORD DEVELOPMENT, LLC,<br>     Defendant | CIVIL CASE NO.<br>3:02CV1937 (MRK)<br><br><br><br>OCTOBER 7, 2004 |

**APPEARANCE**

To The Clerk of Court:

Please enter the appearance of the undersigned on behalf of the Defendant and Third Party Plaintiff, Waterford Development, LLC.

KIMBERLY A. KNOX
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
Fed. Bar ID# CT01302
(860) 522-8338
Fax (860) 728-0401
kknox@hsklawfirm.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was faxed, hand-delivered and/or mailed, postage prepaid, first class on October 8, 2004 to the following:

Brian C. Roche, Esq.
**Pullman & Comley, LLC**
850 Main Street
Bridgeport, CT 06604
(203) 330-2000
Fax (203) 576-8888

Gerald Jay Pomeranz, Esq.
Mark Scheffer, Esq.
**Pomerantz, Scheffer & Associates**
Stephen Girard Building, 7th Floor
21 South 12th Street
Philadelphia, PA 19107-3603

Andrew Houlding, Esq.
**Rome, McGuigan & Sabanosh, P.C.**
One State Street
Hartford, CT 06103
(860) 493-3468
Fax (860) 724-3921

Norman Perlberger, Esq.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003
(610) 645-0900
Fax (610) 645-9240

Barbara Collins, Esq.
44 Capitol Avenue
Hartford, CT 06106
(860) 2976502
Fax (860) 246-3727

_____
WESLEY W. HORTON