UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 8   2 49 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR., | : | CIVIL CASE NO. |
| JOSEPH T. McDONALD, | : | 3:01CV1716 (MRK) |
| JAMES J. ROSATO, individually and t/a ECM | : | |
| ELECTRICAL CONSTRUCTION, | : | |
| Plaintiffs | : | |
| VS. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC | : | |
| | : | |
| Defendant & Third Party Plaintiff | : | |
| VS. | : | |
| | : | |
| THOMAS PIPPETT, SR., | : | |
| | : | |
| Third Party Defendant | : | |
| ------------------------------------------------------------ | : | |
| DARLENE JENNINGS, | : | CIVIL CASE NO. |
| Plaintiff | : | 3:02CV1937 (MRK) |
| VS. | : | |
| | : | |
| WATERFORD DEVELOPMENT, LLC, | : | |
| Defendant | : | OCTOBER 7, 2004 |

## A P P E A R A N C E

To The Clerk of Court:

Please enter the appearance of the undersigned on behalf of the Defendant and Third

Party Plaintiff, Waterford Development, LLC.

_____
ROBERT M. SHIELDS, JR
**Horton, Shields & Knox, P.C.**
90 Gillett Street
Hartford, CT 06105
Fed. Bar ID# CT 06685
(860) 522-8338
Fax (860) 728-0401
rshields@hsklawfirm.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was faxed, hand-delivered and/or mailed, postage prepaid, first class on October 8, 2004 to the following:

Brian C. Roche, Esq.
**Pullman & Comley, LLC**
850 Main Street
Bridgeport, CT 06604
(203) 330-2000
Fax (203) 576-8888

Gerald Jay Pomeranz, Esq.
Mark Scheffer, Esq.
**Pomerantz, Scheffer & Associates**
Stephen Girard Building, 7th Floor
21 South 12th Street
Philadelphia, PA 19107-3603

Andrew Houlding, Esq.
**Rome, McGuigan & Sabanosh, P.C.**
One State Street
Hartford, CT 06103
(860) 493-3468
Fax (860) 724-3921

Norman Perlberger, Esq.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003
(610) 645-0900
Fax (610) 645-9240

Barbara Collins, Esq.
44 Capitol Avenue
Hartford, CT 06106
(860) 2976502
Fax (860) 246-3727

WESLEY W. HORTON