(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

THOMAS P. PIPPETT, JR.,
JOSEPH T. McDONALD, and
JAMES J. ROSATO, IND.
t/a ECM ELECTRICAL
CONSTRUCTION,
    Plaintiffs
vs.

WATERFORD DEVELOPMENT, LLC,
    Defendant and Third Party Plaintiff,

vs.

THOMAS PIPPETT, SR.,
    Third Party Defendant

DARLENE JENNINGS,
    Plaintiff
vs.

WATERFORD DEVELOPMENT, LLC,
    Defendant

: CIVIL CASE NO. 3:01cv1716(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, Waterford Development

| | |
|---|---|
| 10/12/04 | *signature* |
| Date | Signature |
| ct05106 | Hugh F. Keefe |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

W:\17500-17999\17523 Trading Cove Associates\002 Pippett et.al. vs. Waterford Dvlp. - HFK\Federal Appearance HFK.doc

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Gerald Jay Pomeranz, Esq.
Mark Scheffer, Esq.
Pomeranz, Scheffer & Associates
Stephen Girard Building, 7th Floor
21 South 12th Street
Philadelphia, PA 19107-3603

Norman Perlberger, Esq.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003

Barbara Collins, Esq.
44 Capitol Avenue
Hartford, CT 06106

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)