UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS P. PIPPETT, JR.; JOSEPH T. McDONALD; and JAMES T. ROSATO, IND. Par. t/a ECM ELECTRICAL CONSTRUCTION, | : : : : : | LEAD CASE NO. 3:01CV1716(MRK) |
| Plaintiffs | : : | |
| v. | : : | |
| WATERFORD DEVELOPMENT, LLC; LEN WOLMAN; MARK WOLMAN; ALAN ANGEL and ROBERT SAINT | : : : : | |
| Defendants | : : | |
| DARLENE JENNINGS | : : | |
| Plaintiff | : | NO. 3:02CV2037(MRK) |
| v. | : : | |
| WATERFORD DEVELOPMENT, LLC; LEN WOLMAN; MARK WOLMAN; ALAN ANGEL and ROBERT SAINT | : : : | |
| Defendants | | |

## **JUDGMENT**

Notice having been sent to counsel of record on October 27, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 29, 2004.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the

EOD: _____

right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

                                                KEVIN F. ROWE, Clerk

                                                By_____
                                                Kenneth R. Ghilardi
                                                Deputy Clerk

Dated at New Haven, Connecticut, this 8th day of December 2004.