IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS P. PIPPETT, JR., <br> JOSEPH T. MCDONALD, and <br> JAMES J. ROSATO, IND. par. t/a <br> ECM ELECTRICAL CONSTRUCTION <br> and DARLENE JENNINGS, <br>      PLAINTIFFS, <br> <br> vs. <br> <br> WATERFORD DEVELOPMENT, LLC <br>      DEFENDANT. | : <br> : CIVIL ACTION NO. <br> : 3:01cv1716(MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : DECEMBER 6, 2004 |

### JOINT STIPULATION FOR DISMISSAL

Defendant Waterford Development, LLC and Plaintiffs Thomas Pippett, Jr., Joseph T. McDonald, James Rosato, Ind. And T/A ECM Electrical Construction and Darlene Jennings ("Plaintiffs"), through their respective undersigned counsel, hereby jointly stipulate to the dismissal, with prejudice, of the consolidated complaints of the above-named plaintiffs.

| THE PLAINTIFFS, | THE DEFENDANT, |
|---|---|
| *(signature)* | *(signature)* |
| Gerald Jay Pomerantz, Esq. | Andrew Houlding, Esq. (ct12137) |
| Pomerantz, Scheffer & Associates | Rome McGuigan, P.C. |
| 7th Floor, Stephen Girard Building | One State Street |
| Philadelphia, PA 19107-3603 | Hartford, CT 06103 |
| Phone: (215) 569-8866 | Phone: (860) 493-3468 |
| Fax: (610) 645-9240 | Fax: (860) 724-3921 |
| gjpomlaw@hotmail.com | ahoulding@rms-law.com |
| Their Attorneys | Its Attorneys |

_____
Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA 19003
Tel: (610) 645-0900
Perlberglaw@aol.com
Their Attorneys

## CERTIFICATION

I hereby certify that I have caused a copy of the foregoing Joint Stipulation of Dismissal to be sent via first class mail, postage prepaid, on this 20th day of December, 2004 to the following counsel of record:

Gerald Jay Pomerantz, Esq.
Pomerantz, Scheffer & Associates
7th Floor, Stephen Girard Building
21 South 12th Street
Philadelphia PA  19107-3603

Norman Perlberger, Esq.
Perlberger Law Associates, P.C.
326 W. Lancaster Avenue, Suite 210
Ardmore, PA  19003

_____
Andrew Houlding

10485-1/389850

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726